IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.: 16-2023-CA-004072
DIVISION: A

DANIJELA POPE,

        Plaintiff,

v.

FEDERAL INSURANCE COMPANY, a
Foreign Profit Corporation,

        Defendants.

_____/

## <u>AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL</u>

Plaintiff, DANIJELA POPE (hereinafter "DANIJELA POPE"), by and through her undersigned attorneys, hereby sues Defendant, FEDERAL INSURANCE COMPANY (hereinafter "FEDERAL"), a foreign profit corporation, and alleges:

### <u>JURISDICTION</u>

1.    This is an action seeking damages in excess of $75,000.00 exclusive of costs, interest and attorney's fees.[1]

2.    At all times material hereto, Plaintiff was a resident of Jacksonville, Duval County, Florida.

3.    At all times material hereto, Defendant, FEDERAL, was a foreign profit corporation licensed under the laws of the State of New Jersey.

---

[1] The estimated value of Plaintiff's claim is in excess of the jurisdictional threshold minimum required by this Court. As such, Plaintiff has made this allegation in paragraph one of Plaintiff's Complaint, and has entered "$75,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the Civil Cover Sheet *for jurisdictional purposes only.* The actual value of Plaintiff's claim will be determined by a fair and just jury in light of the evidence, including non-economic damages, for which there is no exact standard for measuring such damage.

4.      Venue in this action is proper as Defendant, FEDERAL, regularly conducts business, has offices, and/or has agents and regularly issues policies of insurance in Duval County, Florida.

5.      On or about October 17, 2019, at approximately 3:47 p.m., Plaintiff, DANIJELA POPE, was in the waiting area of a business located at 4131 S. University Boulevard, Jacksonville, Duval County, Florida.

6.      At that time and place, Brigitte Ann Kent negligently operated a 2002 Hyundai Sonata, VIN: KMHWF25H12A630380, owned and/or maintained by David Michael Cagle, so that the vehicle she was driving struck the building where Plaintiff was a patron, and against the wall where Plaintiff was seated, causing her to be injured.

7.      At all material times, Brigitte Ann Kent was an uninsured/underinsured motorist as defined by Florida Statute §627.727, and the subject FEDERAL Policy herein.

8.      Prior to the motor vehicle collision on October 17, 2019, the Plaintiff purchased uninsured/underinsured motorist coverage from FEDERAL having a policy number of 14480644-01, which extended benefits to the Plaintiff. The purpose of such uninsured/underinsured motorist coverage was to provide insurance coverage in the event that the Plaintiff was injured by a party or parties who either had no bodily injury insurance coverage or did not have sufficient bodily injury liability insurance coverage to cover all losses, injuries and damages suffered by the Plaintiff. A copy of the subject FEDERAL Policy has been attached to this Complaint as **Exhibit A**.

### COUNT I

### UM CLAIM AGAINST DEFENDANT, FEDERAL, FOR THE OCTOBER 17, 2019, MOTOR VEHICLE COLLISION

9.      The Plaintiff re-alleges paragraphs 1-8 above and further alleges:

10.     That at all times material hereto, FEDERAL did sell and cause to be issued a policy of automobile liability insurance, policy number 14480644-01, to Plaintiff with said policy providing coverage to the Plaintiff.

11.     The above policy issued by FEDERAL, which provided coverage to Plaintiff as an insured driver, contained Uninsured/Underinsured Motorist Bodily Injury Coverage with limits of $300,000 per accident, Stacked, with three vehicles on the policy.

12.     At all times material hereto, Brigitte Ann Kent did not have enough bodily injury insurance coverage or assets to cover all of Plaintiff, DANIJELA POPE's losses, injuries and damages resulting from the October 17, 2019, motor vehicle collision.

13.     As such, Brigitte Ann Kent was an uninsured/underinsured motorist under Florida Statute §627.727, and the subject FEDERAL Policy.

14.     Plaintiff, DANIJELA POPE, has complied with all terms and conditions of the FEDERAL policy, and further, performed all conditions precedent to the bringing of this action. In the alternative, if Plaintiff has not complied with some of the terms or conditions of the FEDERAL policy, FEDERAL has not been prejudiced in any manner whatsoever.

15.     Accordingly, FEDERAL is obligated to provide the Plaintiff, DANIJELA POPE, with uninsured/underinsured motorist benefits under the terms of the automobile policy.

16.     FEDERAL has failed to honor its above-referenced contract of insurance with the Plaintiff and has failed to acknowledge or settle the Plaintiff's claim for benefits for the policy of insurance for which is now due and remains unpaid, all to the damage of the Plaintiff, DANIJELA POPE.

17.     As a result of the October 17, 2019, collision and the foregoing allegations which have been incorporated and adopted herein, Plaintiff, DANIJELA POPE, has suffered permanent

injuries and/or permanent aggravations of pre-existing injuries within a reasonable degree of medical probability and damages and seeks reimbursement from FEDERAL for all losses, injuries and damages incurred by her in the subject collision.

18.     As a direct and proximate result of the negligence of an uninsured/underinsured motorist, Brigitte Ann Kent, Plaintiff, DANIJELA POPE, was injured in and about her body resulting in pain and suffering, incurred medical and related expenses in the treatment of her injuries, disability, disfigurement, mental anguish, loss of capacity to enjoy life, loss of earnings, loss of earning capacity in the future, and aggravation of a previously existing condition. These losses are either permanent or continuing in nature and she will suffer the losses and impairment in the future.

19.     In that the injuries suffered by the Plaintiff are continuing in nature, she will continue to suffer pain, disfigurement, scarring, psychological and emotional injuries, physical handicap and permanent injury in the future, loss of wages and earning capacity, and will be further compelled to expend great sums of money for future medical care and related treatment for those injuries and will continue to suffer the loss of the capacity for the enjoyment of life.

20.     WHEREFORE, Plaintiff, DANIJELA POPE, demands judgment against the Defendant, FEDERAL, for damages in excess of $75,000.00, costs of this action, interest, a trial by jury on all issues so triable, and any other relief this Court deems just and proper.

Dated this 24th day of April, 2023.

COKER LAW

*/s/  Chelsea R. Harris*
**CHELSEA R. HARRIS, ESQ.**
Florida Bar No.: 28368
**DANIEL A. IRACKI, ESQ.**
Florida Bar No.: 0041212
136 East Bay Street
Jacksonville, Florida 32202
(904) 356-6071
(904) 353-2425 Facsimile
crh@cokerlaw.com (Primary)
cam@cokerlaw.com
ced@cokerlaw.com
Attorneys for Plaintiff



CHUBB

**Name and address of Insured:**

JAMES POPE
PO BOX 2348
JACKSONVILLE, FL 32203-2348

**Policy no:** 14480644-01
**Effective date:** 2/11/19
**Issued by:** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period:** 2/11/19 to 2/11/20

**If you have any questions, please contact:**
HARDEN & ASSOCIATES, INC.
501 RIVERSIDE AVE. #1000
JACKSONVILLE, FL  32202
904.354.3785

Dear Valued Client,

On behalf of our entire team, thank you for renewing your protection with Chubb. We're looking forward to continuing to say yes and do more across every step of your experience.

In this mailing, you'll find a copy of your new policy to review. If you have any questions, we're here to help, and encourage you to reach out to your agent or our Customer Care Team at 1.866.324.8222.

If you haven't already, don't forget to register for our Customer Portal at www.chubb.com/registernow. You can take advantage of our online services like viewing your policy, billing, and claims information, making a payment, or enrolling in autopay, paperless billing, and email or text notification services. Be sure to have your policy or billing statement handy to complete the simple registration process.

**About Your Policy**

As you take a look at your policy, we've included ways to help you find the information you need faster:

- On your **Coverage Summary,** you'll see who is named as an insured, as well as your insured property, coverage limits, and the deductibles and additional features you've selected.
- The **Table of Contents** will tell you which coverage forms apply to your policy.
- The **Introduction, Policy Terms,** and **Policy Information Notice** also include common insurance terminology with straightforward definitions to make it easier to read your policy.

In each chapter, you'll also find descriptions of the different examples and scenarios your policy is designed to protect, and how your protection applies depending on where you live. You'll also see more detail on your deductibles, how what we pay is decided if you have a claim, and an explanation of any exclusions (i.e., any specific cases that aren't covered under your policy).

*Continued on the next page*



**Getting More from Your Policy**

We want to help you get the most out of your protection with Chubb, like taking advantage of potential premium credits or our complimentary services.

<u>Please **keep the following information in your vehicle** for safekeeping:</u>
- **Vehicle Identification Card(s)**

<u>Please **review, complete, and mail** the following forms:</u>
- **Florida Selection/Rejection Form Uninsured Motorists Protection (UM) Renewal**

<u>Please **review these documents for a detailed overview** of your premium:</u>
- **Premium Summary and Privacy Notice**
- **Premium Discount Summary**
- **Vehicle Detail Premium Summary**

Thank you again for choosing Chubb!


Fran O'Brien
Division President, North America Personal Risk Services

Any questions? We're here to help. Our **Customer Care Team** is just a call away at **1.866.324.8222.** If you have a claim, you can reach our **Claim Service Center** directly at **1.800.252.4670.**


www.chubb.com        email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

© Chubb.2016.  All rights reserved.    Form no.  Q9200000        *Reference Copy*

**Vehicle ID Card**

**CHUBB**

**Name and address of Insured**

JAMES POPE
PO BOX 2348
JACKSONVILLE, FL 32203-2348

**Effective Date** 2/11/19
**Policy no.** 14480644-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 2/11/19 to 2/11/20

**If you have any questions, please contact**
HARDEN & ASSOCIATES, INC.
501 RIVERSIDE AVE. #1000
JACKSONVILLE, FL  32202
904.354.3785

| *ID CARD* | *ID CARD* | *ID CARD* | *ID CARD* | *ID CARD* |
|---|---|---|---|---|

Dear Valued Customer,

We are pleased to have the opportunity of providing your vehicle insurance for another year . We have attached your <u>updated</u> vehicle insurance ID card at the bottom of this letter. Please keep this card in the insured vehicle at all times, as it is required by law in most states.

If you have any questions about your Chubb Vehicle Policy, or about any of our other coverages, please contact your agent or broker at the telephone number listed above.

Thank you for choosing Chubb.

Chubb Personal Risk Services

(SEPARATE CARD AT PERFORATION BELOW)

**MISREPRESENTATION OF INSURANCE
IS A FIRST DEGREE MISDEMEANOR**

**Rental car coverage is provided,
see outline of coverage.**

**AT ANY TIME, IN CASE OF EMERGENCY
CALL THIS NUMBER 1-800-252-4670**

*Reference Copy*

(SEPARATE CARD AT PERFORATION)

CHUBB

**FLORIDA AUTOMOBILE INSURANCE**
**IDENTIFICATION CARD**
**Federal Insurance Company**

POLICY NUMBER                     EFFECTIVE DATE
**14480644-01        01295        2/11/19**

[X] **Personal Injury Protection    [X] Bodily Injury**
   **Benefits/Property  Damage         Liability**
   **Liability**

NAMED INSURED
**JAMES POPE**

CHUBB

YEAR    VEHICLE DESCRIPTION  VIN NO.
**2012    FORD                1FTFW1R63CFC69004**

NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE

(TO INSERT IN WALLET, FOLD OR CUT ALONG DOTTED LINES)

*Reference Copy*

*Vehicle ID Card*

# C H U B B

**Name and address of Insured**

JAMES POPE
PO BOX 2348
JACKSONVILLE, FL 32203-2348

**Effective Date** 2/11/19
**Policy no.** 14480644-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 2/11/19 to 2/11/20

**If you have any questions, please contact**
HARDEN & ASSOCIATES, INC.
501 RIVERSIDE AVE. #1000
JACKSONVILLE, FL  32202
904.354.3785

---

| *ID CARD* | *ID CARD* | *ID CARD* | *ID CARD* | *ID CARD* |
|---|---|---|---|---|

Dear Valued Customer,

We are pleased to have the opportunity of providing your vehicle insurance for another year . We have attached your underlined updated vehicle insurance ID card at the bottom of this letter. Please keep this card in the insured vehicle at all times, as it is required by law in most states.

If you have any questions about your Chubb Vehicle Policy, or about any of our other coverages, please contact your agent or broker at the telephone number listed above.

Thank you for choosing Chubb.

Chubb Personal Risk Services

(SEPARATE CARD AT PERFORATION BELOW)

**MISREPRESENTATION OF INSURANCE
IS A FIRST DEGREE MISDEMEANOR**

**Rental car coverage is provided,
see outline of coverage.**

**AT ANY TIME, IN CASE OF EMERGENCY
CALL THIS NUMBER 1-800-252-4670**

*Reference Copy*

(SEPARATE CARD AT PERFORATION)

CHUBB

**FLORIDA AUTOMOBILE INSURANCE
IDENTIFICATION CARD
Federal Insurance Company**

POLICY NUMBER                    EFFECTIVE DATE
**14480644-01        01295        2/11/19**

[X] **Personal Injury Protection      [X] Bodily Injury
Benefits/Property Damage              Liability**
**Liability**

NAMED INSURED
**JAMES POPE**

YEAR    VEHICLE DESCRIPTION VIN NO.
**2016    FORD                1FMCU0GX2GUC06102**

NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE

(TO INSERT IN WALLET, FOLD OR CUT ALONG DOTTED LINES)

*Reference Copy*

*Vehicle ID Card*

# CHUBB

**Name and address of Insured**

JAMES POPE
PO BOX 2348
JACKSONVILLE, FL 32203-2348

**Effective Date** 2/11/19
**Policy no.** 14480644-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 2/11/19 to 2/11/20

**If you have any questions, please contact**
HARDEN & ASSOCIATES, INC.
501 RIVERSIDE AVE. #1000
JACKSONVILLE, FL  32202
904.354.3785

| *ID CARD* | *ID CARD* | *ID CARD* | *ID CARD* | *ID CARD* |
|---|---|---|---|---|

Dear Valued Customer,

We are pleased to have the opportunity of providing your vehicle insurance for another year . We have attached your <u>updated</u> vehicle insurance ID card at the bottom of this letter. Please keep this card in the insured vehicle at all times, as it is required by law in most states.

If you have any questions about your Chubb Vehicle Policy, or about any of our other coverages, please contact your agent or broker at the telephone number listed above.

Thank you for choosing Chubb.

Chubb Personal Risk Services

(SEPARATE CARD AT PERFORATION BELOW)

**MISREPRESENTATION OF INSURANCE
IS A FIRST DEGREE MISDEMEANOR**

**Rental car coverage is provided,
see outline of coverage.**

**AT ANY TIME, IN CASE OF EMERGENCY
CALL THIS NUMBER 1-800-252-4670**

*Reference Copy*

(SEPARATE CARD AT PERFORATION)

CHUBB

**FLORIDA AUTOMOBILE INSURANCE
IDENTIFICATION CARD
Federal Insurance Company**

POLICY NUMBER                    EFFECTIVE DATE
**14480644-01      01295         2/11/19**

[X] **Personal Injury Protection**    [X] **Bodily Injury**
**Benefits/Property Damage**          **Liability**
**Liability**

NAMED INSURED
**JAMES POPE**

YEAR    VEHICLE DESCRIPTION VIN NO.
**2002    FORD             1FTRF18W22NB30789**

NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE

(TO INSERT IN WALLET, FOLD OR CUT ALONG DOTTED LINES)

*Reference Copy*



**Florida Selection/Rejection Form
Uninsured Motorists
Protection (UM) Renewal**

**Name and address of Insured**

JAMES POPE
PO BOX 2348
JACKSONVILLE, FL 32203-2348

**Effective Date** 2/11/19
**Policy no.** 14480644-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 2/11/19 to 2/11/20

**If you have any questions, please contact**
HARDEN & ASSOCIATES, INC.
501 RIVERSIDE AVE. #1000
JACKSONVILLE, FL  32202
904.354.3785

**YOU ARE ELECTING NOT TO PURCHASE CERTAIN VALUABLE COVERAGE WHICH PROTECTS YOU AND YOUR FAMILY OR YOU ARE PURCHASING UNINSURED MOTORIST LIMITS LESS THAN YOUR BODILY INJURY LIABILITY LIMITS WHEN YOU SIGN THIS FORM. PLEASE READ CAREFULLY.**
(If you choose an uninsured motorists protection limit equal to your vehicle liability coverage and the stacked option, the required statement above does not apply to you.)

Previously, we asked you to select a limit and type of uninsured motorists protection coverage by signing and returning a selection form to us. Florida law requires that the uninsured motorists protection coverage limit be equal to your vehicle liability coverage limit unless you request lower limits or reject the coverage entirely. We would like to advise you of the available uninsured motorists protection options.

Uninsured motorists protection provides payment for damages caused by owners or operators of uninsured motor vehicles, hit and run motor vehicles whose owner cannot be identified, operators whose bodily injury liability insurance or bond limits are less than the amount of bodily injury losses incurred, and owners or operators whose liability insurer is or becomes insolvent or denies them coverage. The damages covered include bodily injury, sickness or disease, or death. Such damages may include payments for certain medical expenses, lost wages, and pain and suffering, subject to limitations and conditions contained in the policy.

**Type of Coverage**
Please see the explanation of the type of coverage option differences below.

**"Nonstacked"** means that the limit of uninsured motorists protection shown in your Coverage Summary is your total uninsured motorists protection for any one accident, regardless of the number of vehicles on your policy registered or principally garaged in Florida. Nonstacked uninsured motorist protection is less coverage at a reduced premium.

**Examples of "Nonstacked" coverage:**

**A.** If you or a family member is injured while occupying a covered motor vehicle owned by you or a family member, and you have elected a $300,000 limit of "nonstacked" uninsured motorists protection on three vehicles you insure with us, as shown on the Coverage Summary, you will be provided up to $300,000 of uninsured motorists protection benefits for any one accident.

Page 1

© Chubb.2016.  All rights reserved.    Form no. Q4770000  (Rev. 11-15)

*Reference Copy*

**B.** If you or a family member is injured while occupying a motor vehicle which is not owned by you or a family member, or you are struck as a pedestrian, you are eligible for uninsured motorists protection up to the highest limits available on any one vehicle you insure with us, as shown in the Coverage Summary. If you have elected a $300,000 limit of "nonstacked" uninsured motorists protection on three vehicles you insure with us, you will be provided up to $300,000 of uninsured motorists protection benefits for any one accident.

**C.** Uninsured motorists protection does not apply to vehicles which are owned or registered by you or a family member that are not insured by us.

**"Stacked"** means that your total uninsured motorists protection is equal to the uninsured motorists protection limit shown in your Coverage Summary multiplied by the number of vehicles on your policy, registered or principally garaged in Florida. Stacked uninsured motorists protection is more coverage at a higher premium.

**Example of "Stacked" coverage:**
If you or a family member is injured while occupying a covered motor vehicle owned by you or a family member, and you have elected a $300,000 limit of "stacked" uninsured motorists protection on three vehicles you insure with us, as shown in the Coverage Summary, we will provide up to $900,000 of uninsured motorists protection benefits for any one accident.

Please review your Coverage Summary for your current selection of uninsured motorist protection. If you would like to make changes to your uninsured motorists protection, the enclosed selection form must be completed and returned to us. If no changes are desired, it is **NOT** necessary to return the enclosed form.

If you have any questions, please contact your Chubb agent or broker.

Page 2

Chubb Group of Insurance Companies ("Chubb") is the marketing name used to refer to the insurance subsidiaries of The Chubb Corporation. Chubb Personal Insurance ("CPI") is the personal lines property and casualty strategic business unit of Chubb & Son, a division of Federal Insurance Company, as manager and/or agent for the insurers of Chubb Group of Insurance Companies.
Actual coverage is subject to the language of the policy.
Chubb Personal Insurance, P.O. Box 1600, Whitehouse Station, NJ 08889-1600

© Chubb.2016. All rights reserved.    Form no. Q4770000 (Rev. 11-15)

*Reference Copy*



*Masterpiece*® **Florida Selection/Rejection  Form**
**Uninsured Motorists**
**Protection (UM) Renewal**



**Name and address of Insured**

JAMES POPE
PO BOX 2348
JACKSONVILLE, FL 32203-2348

**Effective Date** 2/11/19
**Policy no.** 14480644-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 2/11/19 to 2/11/20

**If you have any questions, please contact**
HARDEN & ASSOCIATES, INC.
501 RIVERSIDE AVE. #1000
JACKSONVILLE, FL  32202
904.354.3785

**Part I: REJECT UM COVERAGE OR SELECT YOUR LIMIT (Please select one of the following):**
My current limit of vehicle liability coverage is $300,000; my current limit of uninsured motorists protection
is $300,000.

☐  I elect equal limits of vehicle liability and uninsured motorists protection.

☐  I reject uninsured motorists protection entirely.

My current limit of vehicle liability coverage is $300,000; I elect to the following limit of uninsured motorists
protection*:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | $  30,000 | ☐ | $  100,000 | ☐ | $  300,000 | ☐ | $  1,000,000 |
| ☐ | $  50,000 | ☐ | $  200,000 | ☐ | $  500,000 | ☐ | $ _____ |

* Please contact your agent or broker for available limits.

(Note: Your uninsured motorists protection selection may not exceed $1,000,000, <u>unless</u> your current
uninsured motorists protection is greater than $1,000,000. If your current uninsured motorists protection is
greater than $1,000,000, you may select limits up to, but no greater than, your current uninsured motorists
protection limit.)

**Part II: SELECT NONSTACKED OR STACKED COVERAGE**
(Do not complete this part if you have rejected uninsured motorists protection.)

☐  I elect the nonstacked form of uninsured motorists protection which is less coverage at a reduced
premium.

☐  I elect the stacked form of uninsured motorists protection which is more coverage at a higher premium.

Page 3

© Chubb.2016.  All rights reserved.    Form no. Q4770000  (Rev. 11-15)

*Reference Copy*

**Effective date** 2/11/19
**Policy no.** 14480644-01
**Name**  JAMES POPE

**If you currently have vehicle liability coverage in an amount greater than $1,000,000, and you decide to decrease your limit of vehicle liability below $1,000,000, you will be unable to increase your limit of vehicle liability and your limit of uninsured motorists protection to greater than $1,000,000 at a future date.**

I understand and agree that selection of the above options applies to my uninsured motorists protection liability insurance policy and any future renewals of this policy which are issued at the same vehicle liability coverage limits. If I decide to select another option at a future date, I must let the company or my agent know in writing.

_____    _____
Signature of any individual named in the Coverage Summary            Date

(Note: The signature of any individual named in the Coverage Summary affirms that the elections made on this form apply to all individuals named in the Coverage Summary, and any other person or entity covered under the policy indicated at the top of this form.)

**When returning this form to us, please be sure to include both sides of the form.**

**Fax: 1-877-337-7010**

**Email: myFLforms@chubb.com**
**Subject Line: FL (include your policy number)**
**(This email address cannot respond to inquiries.)**

**Chubb Customer Service Center**
**Attention: UST**
**P.O. Box 1600**
**Whitehouse Station, NJ 08889-1600**

Page 4

Chubb Group of Insurance Companies ("Chubb") is the marketing name used to refer to the insurance subsidiaries of The Chubb Corporation. Chubb Personal Insurance ("CPI") is the personal lines property and casualty strategic business unit of Chubb & Son, a division of Federal Insurance Company, as manager and/or agent for the insurers of Chubb Group of Insurance Companies.
Actual coverage is subject to the language of the policy.
Chubb Personal Insurance, P.O. Box 1600, Whitehouse Station, NJ 08889-1600

© Chubb.2016.  All rights reserved.    Form no. Q4770000 (Rev. 11-15)

*Reference Copy*



**Premium  Summary**
**Renewal**

JAMES  POPE
PO BOX 2348
JACKSONVILLE,  FL 32203-2348

**Page**  1
**Effective Date** 2/11/19
**Policy no.** 14480644-01
**Policy period**  2/11/19 to 2/11/20
**Producer name** HARDEN & ASSOCIATES,  INC.

We are pleased to enclose your Chubb Masterpiece  Policy, which includes  an annual premium **savings of  $2,185** as listed  below.

This chart summarizes  the coverages  you have and the related premiums.  For more details on your vehicle premiums, please  refer to the enclosed  Vehicle Detail Premium  Summary.

|  | Property  covered | Coverage | Premium |
|---|---|---|---|
| **Homes  and Contents** | HOUSE  AT<br>7580 SAN JOSE BLVD<br>JACKSONVILLE,  FL | HOME, CONTENTS,<br>LIABILITY | $    4,949.00 |
|  | HOUSE  AT<br>101 CREEK  LANE<br>PALATKA,  FL | LIABILITY | $        31.00 |
|  | HOUSE  AT<br>103 CREEK  LANE<br>PALATKA,  FL | LIABILITY | $        31.00 |
|  | HOUSE  AT<br>1745 SUGAR  CAMP  RD<br>MARSHALL,  NC | LIABILITY | $        31.00 |
| **Vehicles** | 2012 FORD  F-150 | COMPREHENSIVE  &<br>COLLISION,  LIABILITY | $    1,452.00 |
|  | 2016 FORD  ESCAPE | COMPREHENSIVE  &<br>COLLISION,  LIABILITY | $    1,599.00 |
|  | 2002 FORD  F-150 | COMPREHENSIVE,<br>LIABILITY | $    1,006.00 |
| **State Assessment** |  |  | $          2.00 |
| **Total Premium** |  |  | $    9,101.00 |

The $2.00 Florida  Emergency  Management  Preparedness  & Assistance  Fund is included  in the state assessment amount  above.

Your policy includes  a Coverage  Summary and policy  provisions  that explain  your coverage  in more detail.

© Chubb.2016.  All rights  reserved.    Form no.  Q0700000

*Reference  Copy*

*Premium  Summary*
*Renewal*



**Page**  2
**Effective date** 2/11/19
**Policy no.** 14480644-01
**Name** JAMES POPE

**Chubb Masterpiece  provides many different  credits for home, valuable articles, automobile and excess
liability coverages.  We recommend  that you contact  your agent or broker for an annual  review to ensure that
your coverages,  policy limits and available credits  are accurate  and meet your personal  insurance  needs.**

**Your policy provides  the following  annual  premium  credits for the coverages  listed below:**

Your homeowners  premium  was reduced  by  $932 as a result of one or more credits.

Your vehicles  premium  was reduced  by  $1,253 as a result of one or more credits.

**You will receive a separate  Personal  Insurance  Statement  that will outline  the schedule  of premium
amounts  and the due dates. If an endorsement  during the policy period changes  the amount  of premium
due, you will receive  a revised Personal  Insurance  Statement.**

If you choose  one of our convenient  installment  plans, your payments  will be slightly  higher than the premium  shown
above because  of the small service  charge.

We appreciate  your continued  business.  Since 1882, personal  service and comprehensive  coverages  have been the
hallmarks  of the Chubb Group of Insurance  Companies.

Thank you for insuring  through  Chubb.

© Chubb.2016.  All rights  reserved.     Form no.  Q0700000

*Reference Copy*



CHUBB

## CHUBB GROUP U.S. PRIVACY NOTICE

| FACTS | WHAT DOES THE CHUBB GROUP DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **Why?** | Insurance companies choose how they share your personal information. Federal and state law gives consumers the right to limit some but not all sharing. Federal and state law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social Security number and payment history<br>• insurance claim history and medical information<br>• account transactions and credit scores<br><br>When you are no longer our customer, we continue to share information about you as described in this notice. |
| **How?** | All insurance companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons insurance companies can share their customers' personal information; the reasons the Chubb Group chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Chubb share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes -** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | YES | NO |
| **For our marketing purposes -** to offer our products and services to you | YES | NO |
| **For joint marketing with other financial companies** | YES | NO |
| **For our affiliates' everyday business purposes -** information about your transactions and experiences | YES | NO |
| **For our affiliates' everyday business purposes -** information about your creditworthiness | NO | We don't share |
| **For our affiliates to market to you** | NO | We don't share |
| **For nonaffiliates to market to you** | NO | We don't share |
| **Questions?** | **Call 1-800-258-2930 or go to** https://www2.Chubb.com/us-en/privacy.aspx | |

© Chubb 2016. All rights reserved.    Form no. 0799999 (Rev. 10-16)

*Reference Copy*

Page 2

| Who is providing this notice? | The Chubb Group. A list of these companies is located at the end of this document. |
|---|---|

## What we do

| How does Chubb Group protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings.<br><br>We restrict access to personal information to our employees, affiliates' employees, or others who need to know that information to service the account or to conduct our normal business operations. |
|---|---|
| How does Chubb Group collect my personal information? | We collect your personal information, for example, when you<br><br>• apply for insurance or pay insurance premiums<br>• file an insurance claim or provide account information<br>• give us your contact information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br><br>• sharing for affiliates' everyday business purposes - information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |

## Definitions

| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• Our affiliates include those with a Chubb name and other companies, such as Westchester Fire Insurance Company and Great Northern Insurance Company. |
|---|---|
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br><br>• Chubb does not share nonaffiliates so they can market to you. |
| Joint Marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>• Our joint marketing partners include categories of companies such as banks. |

© Chubb 2016. All rights reserved.    Form no. 0799999 (Rev. 10-16)

Reference Copy

CHUBB

| Page 3 |

## Other important information

**For Insurance Customers in AZ, CA, CT, GA, IL, MA, ME, MN, MT, NV, NC, NJ, OH, OR, and VA only:** Under state law, under certain circumstances, you have the right to see the personal information about you that we have on file. To see your information, write Chubb Group Attention: Privacy Inquiries, 202 Hall's Mill Road, P.O. Box 1600, Whitehouse Station, NJ 08889-1600. Chubb may charge a reasonable fee to cover the costs of providing this information. If you think any of the information is not accurate, you may write us. We will let you know what actions we take. If you do not agree with our actions, you may send us a statement. If you want a full description of privacy rights that we will protect in accordance with the law in your home state, please contact us and we will provide it. We may disclose information to certain third parties, such as law enforcement officers, without your permission.

**For Nevada residents only:** We may contact our existing customers by telephone to offer additional insurance products that we believe may be of interest to you. Under state law, you have the right to opt out of these calls by adding your name to our internal do-not-call list. To opt out of these calls, or for more information about your opt out rights, please contact our customer service department. You can reach us by calling 1-800-258-2930, emailing us at privacyinquiries@Chubb.com, or writing to Chubb Group, Attention: Privacy Inquiries, 202 Hall's Mill Road, P.O. Box 1600, Whitehouse Station, NJ 08889-1600. You are being provided this notice under Nevada state law. In addition to contacting Chubb, Nevada residents can contact the Nevada Attorney General for more information about your opt out rights by calling 775-684-1100, emailing bcpinfo@ag.state.nv.us, or by writing to: Office of the Attorney General, Nevada Department of Justice, Bureau of Consumer Protection: 100 North Carson Street, Carson City, NV 89701.

**For Vermont residents only:** Under state law, we will not share information about your creditworthiness within our corporate family except with your authorization or consent, but we may share information about our transactions or experiences with you within our corporate family without your consent.

## Chubb Group Companies Providing This Notice

This notice is being provided by the following Chubb Group companies to their customers located in the United States: ACE American Insurance Company, ACE Capital Title Reinsurance Company, ACE Fire Underwriters Insurance Company, ACE Insurance Company of the Midwest, ACE Life Insurance Company, ACE Property and Casualty Insurance Company, Agri General Insurance Company, Atlantic Employers Insurance Company, Bankers Standard Fire and Marine Company, Bankers Standard Insurance Company, Century Indemnity Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of New Jersey, Chubb Lloyds Insurance Company of Texas, Chubb National Insurance Company, Executive Risk Indemnity Inc., Executive Risk Specialty Insurance Company, Federal Insurance Company, Great Northern Insurance Company, Illinois Union Insurance Company, Indemnity Insurance Company of North America, Insurance Company of North America, Pacific Employers Insurance Company, Pacific Indemnity Company, Penn Millers Insurance Company, Texas Pacific Indemnity Company, Vigilant Insurance Company, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company.

*Reference Copy*



**Premium Discount Summary**

**Name and address of Insured:**

JAMES POPE
PO BOX 2348
JACKSONVILLE, FL 32203-2348

**Page:** 1
**Policy no:** 14480644-01
**Policy period:** 2/11/19 to 2/11/20

---

We know that you've worked hard for what you own and want to protect it. We also know that saving money is important to you. You can take advantage of a variety of discounts offered by Chubb. Here is a list of some of the discounts you're already receiving.

**You have the power to reduce your premiums.**
Your insurance cost could have been **$11,286** but you took action and received **$2,185** in discounts. Your premium was reduced to  $9,101.

---

| Overview | Your Discount |
|---|---|

---

**Homes and Contents**

That's a homeowner savings of **$932**.

House at:
7580 SAN JOSE BLVD, JACKSONVILLE, FL
• 20% for meeting our construction standards
  or windstorm reduction guidelines
• 10% because you also insure your
  automobile(s) with Chubb
• A reduction for having a burglar alarm
  that meets our criteria
• A reduction for having a fire alarm
  that meets our criteria

---

**Vehicles**

• $855 for having a portfolio discount

You saved **$855** just because you insure both your home and vehicle(s) with Chubb. **Smart move.**

2012 FORD  F-150

You saved **$398** on vehicle insurance.

• $82 for owning your vehicle outright
• $74 for having anti-lock brakes
• $19 for having factory-installed passive
  restraints or air bags

© Chubb.2016.  All rights reserved.    Form no.  Q9300000

*Reference Copy*

*Premium  Discount  Summary*

**Page:** 2
**Policy no.** 14480644-01
**Name**  JAMES POPE

| Overview | Your Discount |
| --- | --- |

**Vehicles**
(Continued)

• $11 for having an anti-theft device installed in
  your automobile

2016 FORD  ESCAPE
• $76 for having anti-lock brakes
• $25 for having factory-installed passive
  restraints or air bags

2002 FORD  F-150
• $48 for owning your vehicle outright
• $45 for having anti-lock brakes
• $18 for having factory-installed passive
  restraints or air bags

Please note: This document may not reflect all of the discounts you are receiving on your Chubb insurance
policy. To review all of the discounts available from Chubb, please contact your agent or broker, as he or she
is always your best source of information and advice.

© Chubb.2016.  All  rights  reserved.    Form  no.  Q9300000

*Reference  Copy*



**Vehicle Detail Premium
Summary Renewal**

C H U B B

**Name and address of Insured**

JAMES POPE
PO BOX 2348
JACKSONVILLE, FL 32203-2348

Page 1
**Effective date** 2/11/19
**Policy no.** 14480644-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 2/11/19 to 2/11/20

**If you have any questions, please contact**
HARDEN & ASSOCIATES, INC.
501 RIVERSIDE AVE. #1000
JACKSONVILLE, FL  32202
904.354.3785

A detailed inventory of the components of your vehicle premiums is shown below. For more specific information and explanations of your coverage, please refer to your policy, including your Coverage Summary.

The premium for your vehicle coverage is based on information we have received from you, your agent or broker, or other sources. If you feel that the information below is not correct, wish to make changes to your policy, or want more specific details, please contact your agent or broker.

| COVERAGE PREMIUMS | 2012  FORD F-150 1FTFW1R63CFC69004 Comp Symbol 30 Coll Symbol 26 Liab Symbol 305 PIP Symbol 475 | 2016  FORD ESCAPE 1FMCU0GX2GUC06102 Comp Symbol 23 Coll Symbol 17 Liab Symbol 285 PIP Symbol 480 | 2002  FORD F-150 1FTRF18W22NB30789 Comp Symbol 11 |
|---|---|---|---|
| Comprehensive | $138.00 | $136.00 | $80.00 |
| Collision | $336.00 | $392.00 | NOT SELECTED |
| Vehicle Liability | $790.00 | $804.00 | $681.00 |
| UM | $133.00 | $190.00 | $190.00 |
| PIP | $55.00 | $77.00 | $55.00 |
| Total | +$1,452.00 | +$1,599.00 | +$1,006.00 |
| Total Premium | | | $4,057.00 |

© Chubb.2016.  All rights  reserved.    Form  no.  Q8010000

*Reference Copy*

*Vehicle Detail Premium*
*Summary Renewal*

**Page** 2
**Effective date** 2/11/19
**Policy no.** 14480644-01
**Name** JAMES POPE

## Policy credits

The premiums shown above include the following credits:

| 2012 FORD<br>F-150<br>1FTFW1R63CFC69004 | 2016 FORD<br>ESCAPE<br>1FMCU0GX2GUC06102 | 2002 FORD<br>F-150<br>1FTRF18W22NB30789 |
|---|---|---|
| $74 Anti-lock braking system credit<br>$19 Air bag credit<br>$11 Anti-theft credit<br>$82 Vehicle ownership discount | $76 Anti-lock braking system credit<br>$25 Air bag credit | $45 Anti-lock braking system credit<br>$18 Air bag credit<br>$48 Vehicle ownership discount |

Your vehicle premium has been reduced due to the following characteristics:
- There are two or more private passenger vehicles listed on your policy.
- You have homeowners coverage with us.

## Tiers

The tier of each vehicle is shown in the following chart. Rest assured, your policy receives the best tier and premium you are eligible for based on the characteristics of your policy.

## Vehicle details

|  | 2012 FORD<br>F-150<br>1FTFW1R63CFC69004 | 2016 FORD<br>ESCAPE<br>1FMCU0GX2GUC06102 | 2002 FORD<br>F-150<br>1FTRF18W22NB30789 |
|---|---|---|---|
| **Type of vehicle** | PRIVATE PASSENGER | PRIVATE PASSENGER | PRIVATE PASSENGER |
| **Garage location** | JACKSONVILLE , FL<br>32217<br>DUVAL | JACKSONVILLE , FL<br>32217<br>DUVAL | JACKSONVILLE , FL<br>32217<br>DUVAL |
| **Agreed value** | $40,986 | $19,737 | $7,155 |

© Chubb.2016.  All rights reserved.    Form no.  Q8010000

*Reference Copy*

*Vehicle Detail Premium*
*Summary Renewal*



**Page** 3
**Effective date** 2/11/19
**Policy no.** 14480644-01
**Name** JAMES POPE

## Vehicle details

|  | 2012 FORD<br>F-150<br>1FTFW1R63CFC69004 | 2016 FORD<br>ESCAPE<br>1FMCU0GX2GUC06102 | 2002 FORD<br>F-150<br>1FTRF18W22NB30789 |
|---|---|---|---|
| **Deductibles:** | | | |
| **Comprehensive** | $1,000 | $1,000 | $1,000 |
| **Collision** | $1,000 | $1,000 | COVERAGE NOT SELECTED |
| **Lease gap coverage** | NO | NO | NO |
| **Road service coverage** | YES | NO | YES |
| **Loss payee/additional interest** | NO | YES | NO |
| **Driver** | JAMES POPE | DANIJELA ZEC POPE VI | NONE |
| **Driver group** | AGE 60-64 | AGE 40-44 | NO DRIVER |
| **Driven to work or school:** | | | |
| **Miles one way** | 0 | 0 | NOT APPLICABLE |
| **Days per week** | 0 | 0 | NOT APPLICABLE |
| **Business use** | NO | NO | NO |
| **Tier** | 18 | 18 | 18 |

## Loss Payee and Additional Interests

For more information on the Loss Payees or Additional Interests that are shown above on your vehicle(s), please refer to the Additional Interests Summary included with your policy.

© Chubb.2016.  All rights  reserved.    Form  no.  Q8010000

*Reference Copy*

*Vehicle Detail Premium*
*Summary Renewal*

**Page** 4
**Effective date** 2/11/19
**Policy no.** 14480644-01
**Name** JAMES POPE

---

## Did you know...

We automatically provide **Loss of Use Coverage** up to the amount of coverage shown in your Auto Preference® Vehicle Physical Damage Coverage for extra transportation expenses if your vehicle cannot be used because of a covered loss.

Your Auto Preference® Vehicle Physical Damage Coverage automatically includes **Full Window Glass replacement,** with no deductible, in the event of a covered loss to your covered vehicle.

You are automatically covered for the fair cost of **Towing** under your physical damage coverage when your vehicle is disabled due to a covered comprehensive or collision loss. In addition, you can purchase **Road Service Coverage** for towing and labor costs incurred at the place of disablement if your covered vehicle is disabled for any other reason.

We automatically provide coverage for **vehicles you rent while on vacation** (for up to 90 days) under the Auto Preference℠ Vehicle Liability Coverage portion of your vehicle policy. This means we pay any damages to the rental company for which you are legally obligated.

> **The above information is not your actual insurance policy.**
> **You must read the terms and conditions of your Masterpiece policy**
> **for the precise coverage afforded.**

© Chubb 2016. All rights reserved.    Form no. Q8010000

*Reference Copy*



**New Optional Coverage Available**

## CHUBB

*We recently introduced a new coverage option to help insure your home equipment and want to let you know about it.*

Policy no. 14480644-01
Policy period 2/11/19 to 2/11/20

---

Dear Valued Client:

As a supplement to your *Masterpiece* ® Homeowners policy, a new optional coverage-**Masterpiece Equipment Breakdown**-can bring added peace of mind. While your Homeowners policy covers a wide array of perils, such as damage caused by a fire or a falling tree, it doesn't cover some common types of problems that can occur to the equipment in your home.

While Equipment Breakdown isn't intended to cover "wear and tear" issues that occur on older equipment over time, it can provide coverage for "out of the blue" sudden and accidental breakdown. For example, if a compressor fails, and your built-in refrigerator must be replaced, the claim can be thousands of dollars. In most cases, Equipment Breakdown coverage pays for the full cost to repair or replace damaged equipment (whichever is less), without depreciation.

Equipment Breakdown coverage can be purchased if you have a Masterpiece Homeowners, Condominium, or Cooperative policy. It can be purchased for each of your homes individually, and coverage applies to all structures on the premises such as guesthouses or barns. It's a simple, affordable way to protect your equipment investment.

You have choice and control when purchasing Masterpiece Equipment Breakdown coverage. You can choose the amount of coverage that makes the most sense for your household, and you can also choose between *Essential* or *Enhanced* policy terms.

- *Essential* **Equipment Breakdown** covers breakdown of residential equipment that is permanently installed to service the home. This includes heating and cooling systems, appliances, water heaters, swimming pool equipment, well pumps, permanently installed generators and transfer switches, and permanently installed home automation and security systems. It also covers elevators, except for select components that may be underground. Essential coverage can be purchased up to a $250,000 limit.
- *Enhanced* **Equipment Breakdown** covers the same as *Essential,* but if you have a Masterpiece Contents policy, coverage is extended to include residential equipment that is not permanently installed. This could include small countertop appliances, computers, portable humidifiers and more. *Enhanced* coverage can be purchased up to a $500,000 limit.

Learn More To add *Enhanced* or *Essential* Equipment Breakdown coverage to your Masterpiece suite of coverages, please contact your agent or broker.

www.chubb.com    email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

© Chubb 2016. All rights reserved.    Form no. Q6420012

*Reference Copy*



**Name and address of Insured**
JAMES POPE
PO BOX 2348
JACKSONVILLE, FL 32203-2348

**Effective Date**  2/11/19
**Policy no.**  14480644-01
**Issued by**  Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period**  2/11/19 to 2/11/20

**If you have any questions, please contact**
HARDEN & ASSOCIATES, INC.
501 RIVERSIDE AVE. #1000
JACKSONVILLE, FL  32202
904.354.3785

**IMPORTANT NOTICE**

All of the members of the Chubb Group of Insurance companies doing business in the United States (hereinafter "Chubb")  distribute their products through licensed insurance brokers and agents ("producers"). Detailed information regarding the types of compensation paid by Chubb to producers on US insurance transactions is available under the Producer Compensation link located at the bottom of the page at www.chubb.com, or by calling 1-866-588-9478. Additional information may be available from your producer.

Thank you for choosing Chubb.

© Chubb.2016.  All rights reserved.    Form no. Q6600020

*Reference Copy*



**CHUBB**

*Hurricane Deductible Notice for Florida*

**Name and address of Insured**
JAMES POPE
PO BOX 2348
JACKSONVILLE, FL 32203-2348

**Premises Location**
7580 SAN JOSE BLVD
JACKSONVILLE, FL 32217

**Effective Date**  2/11/19
**Policy no.**  14480644-01
**Issued by**   Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period**  2/11/19 to 2/11/20

**If you have any questions, please contact**
HARDEN & ASSOCIATES, INC.
501 RIVERSIDE AVE. #1000
JACKSONVILLE, FL  32202
904.354.3785

Dear Valued Customer:

Please note that your *Masterpiece®* policy includes **a special  5% hurricane deductible** for covered loss caused by or resulting from hurricanes for your Florida location listed above*.

Your Coverage Summary describes how the special hurricane deductible applies to a covered loss for the location listed above. The special hurricane deductible applies to your aggregate loss including loss to your residence, the contents of your residence, and to all of the Extra Coverages in your policy, except those where the policy states no deductible applies (for example, Additional Living Expenses).

Up to the full dollar amount of your special hurricane deductible is applied to the first covered loss caused by or resulting from a hurricane during a calendar year. For covered losses caused by or resulting from the second and subsequent hurricanes occurring in the same calendar year, the dollar amount of the special hurricane deductible will be reduced by all deductible amounts applied toward prior covered hurricane losses during the same calendar year. However, if your home and contents base deductible amount is greater than the remaining special hurricane deductible amount, the base deductible applies in lieu of the special hurricane deductible. This base deductible will not be waived for covered losses of more than $50,000 caused by or resulting from a hurricane.

If the listed location is a house, the dollar amount of the special hurricane deductible is calculated by applying the percentage to the amount of coverage for your house shown in your Coverage Summary. If the listed location is a condominium, cooperative, or rental unit, the dollar amount of the special hurricane deductible is calculated by applying the percentage to the combined amount of contents and additions and alterations coverage shown in your Coverage Summary. **Please review the exhibit for examples of how this special hurricane deductible is calculated and applies to hurricane losses during a calendar year.**

"Hurricane" means a storm declared by the National Hurricane Center of the National Weather Service which:

- begins with the issuance of the first public advisory of a Hurricane Watch or Warning by the National Hurricane Center for any part of the state of Florida;
- continues as long as hurricane conditions exist in any part of the state of Florida; and
- ends 72 hours after the National Hurricane Center discontinues the last Hurricane Watch or Warning for any part of the state of Florida.

© Chubb.2016.  All rights  reserved.    Form  no.  Q6409027

*Reference Copy*

**Reporting losses**

If you do not report to us a loss caused by or resulting from a hurricane, it is important for you to retain receipts or other records of such loss so that the amount of any covered loss from that hurricane will be applied to the amount of your special hurricane deductible for covered losses caused by or resulting from subsequent hurricanes during the same calendar year.

**Hurricane deductible options**

Special hurricane deductibles of 2%, 5%, or 10% are available for a premium credit for covered loss caused by or resulting from hurricanes. If you select a higher percentage for the special hurricane deductible, it will apply to covered hurricane losses for the remainder of this calendar year. However, if you had a covered hurricane loss for this location this calendar year and you select a lower percentage for the special hurricane deductible, the lower percentage will not apply to covered hurricane losses until the next calendar year.

Contact your agent or broker if you want to select any of these deductible options.

**If you plan to install windstorm protection**

If you choose, you can receive a premium credit by installing storm shutters or other windstorm protection (all of which must be inspected and approved by us) on all exterior glass and skylights of your home. The installation and use of adequate storm shutters on all exterior glass and skylights of your residence is one of the most prudent actions you can take to help protect your property from storm damage. In a hurricane or severe storm, unshuttered residences are more vulnerable to serious loss from wind, wind driven debris or rain entering a residence, and wind pressure uplifting rooftops and compromising structural integrity.

If you have not already installed storm shutters or other windstorm protection but plan to do so in order to protect your property and receive a premium credit, please refer to the attached copy of our Minimum Adequacy Standards for Windstorm Protection and review them with your installer. When installation is complete, please advise your agent or broker so that we can inspect your shutters or other windstorm protection to determine if they meet our minimum adequacy standards. If they do, we will apply the premium credit.

This information is a brief overview and applies only to the location listed at the top of this letter. For more specific information about your coverage, your special hurricane deductible or other special deductibles, please review your policy provisions including your Coverage Summary carefully.

© Chubb.2016.  All rights  reserved.    Form no.  Q6409027

*Reference Copy*

# CHUBB®

If you have any questions, your agent or broker is always your best source of advice. In a world of choices, thank you for insuring through Chubb.

Customer Relations Manager
Chubb Personal Risk Services
866-324-8222

*A hurricane deductible does not apply to this location if there is a wind or hail exclusion. If a wind or hail exclusion applies to this location, it can be found under Special Provisions in your Coverage Summary or under Exclusions in your House, Contents, Condominium, Cooperative, or Renters Coverage.

www.chubb.com    email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

© Chubb 2016. All rights reserved.    Form no. Q6409027

*Reference Copy*



**Exhibit**

The following examples illustrate how a special 5% hurricane deductible is calculated and applied during a calendar year.

<u>Houses</u>

$300,000 house coverage
$150,000 contents coverage
$  60,000 other permanent structures coverage
Home and contents base deductible is $500

Hurricane #1 of calendar year:
    Covered loss of $30,000

    Multiply the house coverage ($300,000) by 5 percent. This equals **a special $15,000 hurricane deductible.**  The special $15,000 hurricane deductible will be subtracted from the $30,000 loss. **The total payment for the loss would be $15,000.**

Hurricane #2 of calendar year:
    Covered loss of $35,000

    Multiply the house coverage ($300,000) by 5 percent. This equals **a special $15,000 hurricane deductible.** The special $15,000 hurricane deductible will be reduced by the deductible amount applied toward the prior covered loss ($15,000). In this case, since the remaining amount of the special hurricane deductible is zero, the home and contents base deductible ($500) will apply. **The total payment for the loss would be $34,500.**

<u>Condominiums, cooperatives, or renters</u>

$100,000 contents coverage
$  10,000 additions and alterations coverage
Home and contents base deductible is $500

Hurricane #1 of calendar year:
    Covered loss of $22,000

    Multiply the combined amount of contents and additions and alterations coverage ($110,000) by 5 percent. This equals **a special $5,500 hurricane deductible.** The special $5,500 hurricane deductible will be subtracted from the $22,000 loss. **The total payment for the loss would be $16,500.**

Hurricane #2 of calendar year:
    Covered loss of $16,000

    Multiply the combined amount of contents and additions and alterations coverage ($110,000) by 5 percent. This equals **a special $5,500 hurricane deductible.** The special $5,500 hurricane deductible will be reduced by the deductible amount applied toward the prior covered loss ($5,500). In this case, since the remaining amount of the special hurricane deductible is zero, the home and contents base deductible ($500) will apply. **The total payment for the loss would be $15,500.**

© Chubb.2016.  All rights  reserved.    Form  no.  Q6409027

*Reference Copy*



## MINIMUM  ADEQUACY STANDARDS FOR WINDSTORM  PROTECTION

**General Requirements for all Florida windstorm protection devices:**
- Windstorm protection must be installed directly on **ALL** exterior glass openings to include: windows, doors, skylights, entry doors with glass, overhead garage doors with windows
- All installations require that the installer obtain a building permit and have installations approved by a building inspector
- All installations must be inspected and approved by Chubb

**Storm Shutters and Panels:**
- All storm shutters and panels must be attached to the structure of the building, not to window or door framing
- All products must be in compliance with the most current applicable building code

   ***Storm Panels*** (aluminum, steel, or polycarbonate)
   - Corrosion-resistant pins (not clips) must be used to fasten panels to tracks
   - Panels without tracks must be bolted to the structure with non-corrosive bolts
   ***Accordion Shutters***
   - Accordion shutters are designed for application directly to the wall around an opening
   - Accordion shutters installed around porch or balcony openings must be reinforced with wood or metal bracing attached to a structural member
   ***Roll Down Shutters***
   - Motorized shutters must have a manual crank for operation during power outages
   ***Colonial, Bahama, Awning or Clam Shell Style Shutters***
   - Must be equipped with hurricane rated storm bars to prevent lifting during a storm
   - Louvered shutters require 1/2" plywood, .040 gauge aluminum, or 1/8" polycarbonate sheathing to be affixed to the face when closed
   ***Wind Abatement Screen Protection (e.g., Armor Screen, Fabric Shield, Stormcatcher)***
   - Wind Abatement Screen Systems must be approved by Miami-Dade Standards or Florida Building Code Standards.

**Polycarbonate Sheets (e.g., Lexan ™, SentryGlass ™, Saflex ™ ):**
- Must be framed and mounted in accordance with manufacturer's specifications and be at least 1/4" thick. Flat polycarbonate sheets must be installed in approved Miami-Dade or Florida Building Code frame systems and must have product approval number.
- System must be in compliance with the most current applicable building code

**Wind/Impact Rated Windows, Doors and Skylights:**
Products must be tested and approved in compliance with Miami-Dade or Florida Building Code standards.

**Plywood or after market window film are not acceptable forms of windstorm protection.**

June 2009

© Chubb.2016.  All rights reserved.    Form no.  Q6409027

*Reference Copy*

# *Masterpiece*®  Premium Discounts Notice for Hurricane Loss Mitigation for Florida

## C H U B B®

| | |
|---|---|
| **Name and address of Insured**<br>JAMES POPE<br>PO BOX 2348<br>JACKSONVILLE, FL 32203-2348 | **Effective Date**  2/11/19<br>**Policy no.**  14480644-01<br>**Issued by**  Federal Insurance Company<br>a stock insurance company<br>incorporated in Indiana<br>**Policy period**  2/11/19 to 2/11/20 |
| **Premises Location**<br>7580 SAN JOSE BLVD<br>JACKSONVILLE, FL 32217 | **If you have any questions, please contact**<br>HARDEN & ASSOCIATES, INC.<br>501 RIVERSIDE AVE. #1000<br>JACKSONVILLE, FL  32202<br>904.354.3785 |

We are required by Florida law to provide you with the following Notice of Premium Discounts for Hurricane Loss Mitigation for your premises location shown above.

If you feel you are eligible for a credit, notify your agent or broker. Once we have applied the credit to your policy, you have 45 days to provide us with a completed Uniform Mitigation Verification Inspection form in order to continue receiving the credit. The Uniform Mitigation Verification Inspection form must be completed by a licensed professional and there may be a cost associated with the inspection. You may obtain this form through your agent or broker, a licensed contractor or on the Florida Office of Insurance Regulation's website: http://www.floir.com

If you have questions or need additional information about hurricane loss mitigation premium discounts, please contact your agent or broker at the telephone number shown above.

### Pre-qualified referrals
If you decide to take additional steps to protect your home from hurricanes, knowing who to turn to for quality service can be a challenge. Chubb can provide referrals to reputable specialists, including building contractors, to assist you with structural hurricane mitigation measures. Call 1-877-602-4822 for assistance.

### Enroll before the storm, so we can help after
Finally, if the Florida premise location shown above has secondary or seasonal occupancy and this policy includes wind coverage, Chubb can help you quickly assess the condition of your property after a hurricane by reporting on the condition, submitting a claim on your behalf, and initiating the process of emergency repairs. Call 1-866-444-0360 for enrollment assistance or to learn more about Chubb Property Manager.

---

### Notice of Premium Discounts for Hurricane Loss Mitigation

#### ***ImportantInformation***
#### About Your Homeowners Insurance Policy

Hurricanes have caused tens of billions of dollars in insured damages. Predictions of more catastrophic hurricanes making landfall in Florida have triggered increases in insurance premiums to cover potential future losses. Enclosed is information regarding wind loss mitigation that will make your home more resistant to wind and help protect your family during a catastrophic event. In addition to reducing your hurricane-wind premium by installing mitigation features, you may also reduce the likelihood of out-of-pocket expenses, such as your hurricane deductible, you may otherwise incur after a catastrophic event.

---

© Chubb.2016.  All rights reserved.    Form no.  Q6409110

*Reference Copy*

**What factors are considered in establishing my premium?**

<u>Your location:</u> The closer a home is to the coast, the more vulnerable it is to damage caused by hurricane winds. This makes your hurricane-wind premium higher than for similar homes in other areas of the state.

<u>Your policy:</u> Your insurance policy is divided into two premiums: one for damage caused by hurricane force winds (hurricane-wind) and one for all other damage (all perils), such as fire.

<u>Your deductible:</u> Under the law, you are allowed to choose a $500, 2%, 5% or 10% deductible, depending on the actual value of your home. However, please note that in certain northern coastal counties a 5% deductible applies unless there are approved storm shutters on this structure, in which case a 2% deductible applies. Further, in certain southern coastal counties a 15% deductible applies unless there are approved storm shutters on this structure, in which case a 2% deductible applies. For non-coastal locations where we offer optional, higher hurricane deductibles, the larger your deductible, the lower your hurricane-wind premium. However, if you select a higher deductible, your out-of-pocket expenses in the event of a hurricane claim will be higher.

<u>Improvements to your home:</u> The state requires insurance companies to offer discounts for protecting your home against damage caused by hurricane winds. Securing your roof so it doesn't blow off and protecting your windows from flying debris are the two most cost effective measures you can take to safeguard your home and reduce your hurricane-wind premium. These discounts apply only to the hurricane-wind portion of your policy.

The costs of the improvement projects vary. Homeowners should contact a licensed contractor for an estimate. You can find a Certified Contractor in your area by visiting the Florida Department of Business and Professional Regulation online at www.myfloridalicense.com.

<u>Your maximum discount:</u> Discounts are not calculated cumulatively. The total discount is not the sum of the individual discounts. Instead, when one discount is applied, other discounts are reduced until you reach your maximum discount of  84%.

**How can I take advantage of the discounts?**

Homeowners will need a qualified inspector such as a general, building, or residential contractor licensed under Section 489.111, Florida Statutes, or a professional engineer licensed under Section 471.015, Florida Statutes, who has passed the appropriate equivalency test of the Building Code training program as required by Section 553.841, Florida Statutes, or a professional architect licensed under Section 481.213, Florida Statutes, or a building code inspector certified under Section 468.607, to inspect the home to identify potential mitigation measures and verify improvements. For a listing of individuals and/or inspection companies meeting these qualifications, contact your agent, broker, or insurance company.

© Chubb.2016.  All rights  reserved.    Form  no.  Q6409110

*Reference  Copy*

CHUBB®

The following is an example of how much you can reduce your insurance premium if you have mitigating features on your home. The example is based on your hurricane-wind premium* of $3,059 which is part of your total annual premium of $4,949. Remember, the discounts shown only apply to the hurricane-wind portion of the premium and the discounts for the construction techniques and features listed below are not cumulative.

**\* Wind mitigation credits apply to that portion of your premium that covers the peril of wind.**

### Existing Construction Discounts (Homes built prior to 2002)

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is **Reduced** by: |
|---|---|---|
| Roof Covering (i.e., shingles or tiles) | | |
| • Meets the Florida Building Code | APPLIED | APPLIED |
| • Reinforced Concrete Roof Deck** | 62% | $1,897 |
| **If this feature is installed on your home, you most likely will not qualify for any other discount. | | |
| How Your Roof is Attached | | |
| • Using a 2" nail spaced at 6" from the edge of the plywood and 12" in the field of the plywood | 0% | $0 |
| • Using a 2 1/2" nail spaced at 6" from the edge of the plywood and 12" in the field of the plywood | 0% | $0 |
| • Using a 2 1/2" nail spaced at 6" from the edge of the plywood and 6" in the field of the plywood | APPLIED | APPLIED |
| Roof-to-Wall Connection | | |
| • Using "Toe Nails" - defined as three nails driven at an angle through the rafter and into the top roof | APPLIED | APPLIED |
| • Using Clips - defined as pieces of metal that are nailed into the side of the rafter/truss and into the side of the top plate or wall stud | 52% | $1,591 |
| • Using Single Wraps - a single strap that is attached to the side and/or bottom of the top plate and are nailed to the rafter/truss | 56% | $1,713 |
| • Using Double Wraps - straps are attached to the side and/or bottom of the top plate and are nailed to the rafter/truss | 56% | $1,713 |

© Chubb 2016.  All rights reserved.    Form no.  Q6409110

*Reference Copy*

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is **Reduced** by: |
|---|---|---|
| <u>Roof Shape</u><br><br>• Hip Roof - defined as your roof sloping down to meet all your outside walls (like a pyramid)<br><br>• Other | <br><br>37%<br><br>APPLIED | <br><br>$1,132<br><br>APPLIED |
| <u>Secondary Water Resistance (SWR)</u><br><br>• SWR - defined as a layer of protection between the shingles and the plywood underneath that protects the building if the shingles blow off<br><br>• No SWR | <br><br><br>APPLIED<br><br>0% | <br><br><br>APPLIED<br><br>$0 |
| <u>Shutters</u><br><br>• None<br><br>• Intermediate Type - shutters that are strong enough to meet half the old Miami-Dade building code standards<br><br>• Hurricane Protection Type - shutters that are strong enough to meet the current Miami-Dade building code standards | <br>APPLIED<br><br><br>37%<br><br><br>48% | <br>APPLIED<br><br><br>$1,132<br><br><br>$1,468 |

\* Estimate is based on information currently on file and the actual amount may vary.

© Chubb.2016.  All rights reserved.    Form no.  Q6409110

*Reference Copy*

CHUBB®

**New Construction Discounts (Homes built in 2002 or newer)**

| Description of Feature | Estimated* Premium Discount Percent | Estimated* Annual Premium ($) is **Reduced** by: |
|---|---|---|
| Homes built in 2002 or newer are eligible for a minimum 68% discount on the hurricane-wind portion of your premium. You may be eligible for a greater discount if other mitigation features are installed in your home. | | |
| Shutters | | |
| • None | N/A | N/A |
| • Intermediate Type - shutters that are strong enough to meet half the old Miami-Dade building code standards | N/A | N/A |
| • Hurricane Protection Type - shutters that are strong enough to meet the current Miami-Dade building code standards | N/A | N/A |
| Roof Shape | | |
| • Hip Roof - defined as your roof sloping down to meet all your outside walls (like a pyramid) | N/A | N/A |
| • Other | N/A | N/A |

* Estimate is based on information currently on file and the actual amount may vary.

If you have further questions about the construction techniques and features that could result in a discount, please contact your agent or broker at the telephone number shown above.

www.chubb.com      email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

© Chubb 2016.  All rights reserved.     Form no.  Q6409110

*Reference Copy*

# *Masterpiece*®

### CHUBB·

### *Coverage Notices for Florida*

**Name and address of Insured**
JAMES POPE
PO BOX 2348
JACKSONVILLE, FL 32203-2348

**Premises Location**
7580 SAN JOSE BLVD
JACKSONVILLE, FL 32217

**Effective Date**  2/11/19
**Policy no.**  14480644-01
**Issued by**  Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period**  2/11/19 to 2/11/20

**If you have any questions, please contact**
HARDEN & ASSOCIATES, INC.
501 RIVERSIDE AVE. #1000
JACKSONVILLE, FL  32202
904.354.3785

## Florida Notices

### Available deductibles

You are notified in accordance with Florida Law that home and contents base deductibles of $500, $1,000, $2,500, $5,000, $7,500, $10,000, $25,000, $50,000, $100,000, $250,000, $500,000, $750,000 and $1,000,000 are available for home and contents coverage. One base deductible applies to all home and contents coverage on the same policy. A premium credit is applied for all deductibles except the $500 deductible.

These home and contents base deductible options do not apply if a special deductible applies to the covered loss. For Florida locations, special deductibles include the vacant house deductible, hurricane deductible, and earthquake deductible.

### Available hurricane deductibles for residences with wind and hail coverage

You are notified in accordance with Florida Law that the following special hurricane deductibles are available. All Florida residences with wind and hail coverage have a special hurricane deductible. Your special hurricane deductible is shown in your Coverage Summary. For a house, the dollar amount of the special hurricane deductible is calculated by applying the hurricane deductible percentage to the amount of coverage for the house. For a condominium, cooperative, or rental unit, the dollar amount of the special hurricane deductible is calculated by applying the hurricane deductible percentage to the combined amount of contents and additions and alterations coverage.

If your residence is in a **Southern coastal county,** you have a special 15% hurricane deductible unless you opted to install storm shutters meeting our eligibility requirements. If your home has adequate storm shutters or other windstorm protection, all of which have been inspected and approved by us, on **all exterior glass and skylights, you may select a special 2%, 5%, or 10%** hurricane deductible that will apply if the shutters or other windstorm protection is available for use at the time of loss, as described in your Coverage Summary.

If your residence is in a **Northern coastal county** and in a **300 or 400 series territory,** as shown on your Rate Sheet, you have a special 5% hurricane deductible unless you opted to install storm shutters meeting our eligibility requirements. If your home has adequate storm shutters or other windstorm protection, all of which have been inspected and approved by us, on **all exterior glass and skylights,** then a special 2% hurricane deductible will apply if the shutters or other windstorm protection is available for use at the time of loss, as described in your Coverage Summary. Higher hurricane deductibles of 5% or 10% are available for a premium savings.

© Chubb 2016.  All rights reserved.      Form no.  Q6476009 (ED. 09-17)

*Reference Copy*

If your residence is in:
• an **Inland county,** or
• an **Interior Northern coastal county** (located in a Northern coastal county, and the territory on your Rate Sheet is **NOT** a 300 or 400 series territory),
you have the choice of one of the percent deductibles or, if eligible, a flat dollar amount for a hurricane deductible based on your type of residence and the amount of coverage for that residence, as shown in the chart below. The hurricane deductible you selected is shown in your Coverage Summary. If you select a lower special hurricane deductible and you had a covered hurricane loss for your location under a policy issued by us or a direct or indirect subsidiary of the Chubb Corporation, this lower special hurricane deductible will not apply to covered hurricane losses until the next calendar year.

**Hurricane Deductible Chart**
**for Inland and Interior Northern Coastal Counties**

| Type of residence | Amount of coverage | Eligible for a hurricane deductible of: |
|---|---|---|
| All residence types | Up to $100,000 | $500 or 2%, 5%, 10% |
| All residence types | $100,000 or more | 2%, 5%, 10% |

**Southern coastal counties\*** are:

| | | |
|---|---|---|
| Broward | Lee | Palm Beach |
| Charlotte | Manatee | Pinellas |
| Collier | Martin | Sarasota |
| Dade | Monroe | St. Lucie |
| Indian River | | |

**Northern coastal counties\*** are:

| | | |
|---|---|---|
| Bay | Franklin | Santa Rosa |
| Brevard | Gulf | St. Johns |
| Citrus | Hernando | Taylor |
| Dixie | Levy | Volusia |
| Duval | Nassau | Wakulla |
| Escambia | Okaloosa | Walton |
| Flagler | Pasco | |

\* Inland counties are those counties not listed above as Southern or Northern coastal counties.

## Important information regarding Rebuilding to code coverage

You have the option to select Rebuilding to code coverage limits of 50% or 25%. Rebuilding to code coverage provides coverage for the increased costs you incur to repair or replace the damage to your covered property after a covered loss in compliance with any local, state or federal law, ordinance or regulation affecting repair or construction of such property. Please refer to the Extra Coverage, Rebuilding to code, in your policy for complete details and limitations.

© Chubb. 2016.  All rights reserved.     Form  no.  Q6476009  (ED. 09-17)

*Reference Copy*

CHUBB

**50% option**
Your policy automatically provides a Rebuilding to code coverage limit of 50% for covered property. For Florida premises locations, this important coverage is provided as follows:
• for houses this limit is 50% of the amount of your house coverage;
• for other permanent structures this limit is 50% of the amount of coverage for your other permanent structures, if purchased; and
• for condominium, cooperative, or renters units this limit is 50% of the amount of coverage for your additions and alterations for your unit.

**25% option**
For a premium savings, you may select a Rebuilding to code coverage limit of 25%. For Florida premises locations, this important coverage is provided as follows:
• for houses this limit is 25% of the amount of your house coverage;
• for other permanent structures this limit is 25% of the amount of coverage for your other permanent structures, if purchased; and
• for condominium, cooperative, or renters units this limit is 25% of the amount of coverage for your additions and alterations for your unit.

If you want to make this selection, please contact your agent or broker. In the event that you do not make this selection, your Rebuilding to code coverage limit will remain at 50%.

If you have chosen the lower available percentage of 25% of coverage for Rebuilding to code and rejected the 50% automatically provided for covered property in your policy for your Florida premises location, this lower amount of coverage is shown in your Coverage Summary. You may elect to increase this lower amount of coverage for Rebuilding to code to 50% at any time.

If you have any questions, your agent or broker is always your best source of advice.

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.



**CHUBB**

**Checklist of Coverage
for Florida**

**Name and address of Insured**
JAMES POPE
PO BOX 2348
JACKSONVILLE, FL 32203-2348

**Premises Location**
7580 SAN JOSE BLVD
JACKSONVILLE, FL 32217

**Effective Date**  2/11/19
**Policy no.**  14480644-01
**Issued by**  Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period**  2/11/19 to 2/11/20

**If you have any questions, please contact**
HARDEN & ASSOCIATES, INC.
501 RIVERSIDE AVE. #1000
JACKSONVILLE, FL  32202
904.354.3785

Dear Valued Customer:

We are required by Florida law to provide you with the enclosed Florida Checklist of Coverage completed with information regarding your Florida premises location shown above.

This checklist was created by the Florida Financial Services Commission for use with all homeowner insurance policies issued by any insurer regardless of the product differences and various rating plans used by insurance companies. Therefore, some of the terms used on this checklist do not match the terms used in your *Masterpiece* ® Policy and some of the discounts cannot be displayed in the format prescribed by this form.

We recommend that you refer to your policy for the precise coverage afforded. If you have any questions about your coverage, your agent or broker is always your best source of advice and guidance. In a world of choices, thank you for choosing Chubb.

Customer Relations Manager
Chubb Personal Risk Services
866-324-8222

www.chubb.com     email: customercare@chubb.com

Chubb is the marketing  name used to refer to subsidiaries  of Chubb Limited providing  insurance and related services. For a list of these subsidiaries,  please visit our website at www.chubb.com.  Insurance provided by U.S. based Chubb underwriting  companies. All products  may not be available  in all states. Coverage is subject to the language  of the policies as actually  issued. Surplus lines insurance sold only through  licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse  Station,  NJ 08889-1600.

© Chubb.2016.  All rights  reserved.    Form no.  Q6409100

*Reference Copy*

*Checklist of Coverage
for Florida*



**Premises Location**
7580 SAN JOSE BLVD
JACKSONVILLE, FL 32217

### Florida Checklist of Coverage

**Policy Type: HOMEOWNERS**

The following checklist is for informational purposes only. Florida law prohibits this checklist from changing any of the provisions of the insurance contract which is the subject of this checklist. Any endorsement regarding changes in types of coverage, exclusions, limitations, reductions, deductibles, coinsurance, renewal provisions, cancellation provisions, surcharges, or credits will be sent separately.

Reviewing this checklist together with your policy can help you gain a better understanding of your policy's actual coverages and limitations, and may even generate questions. By addressing any questions now, you will be more prepared later in the event of a claim. Experience has shown that many questions tend to arise regarding the coverage of attached or detached screened pool enclosures, screened porches, and other types of enclosures. Likewise, if your policy insures a condominium unit, questions may arise regarding the coverage of certain items, such as individual heating and air conditioning units; individual water heaters; floor, wall, and ceiling coverings; built-in cabinets and counter tops; appliances; window treatments and hardware; and electrical fixtures. A clear understanding of your policy's coverages and limitations will reduce confusion that may arise during claims settlement.

Please refer to the policy for details and any exceptions to the coverages listed in this checklist. All coverages are subject to the provisions and conditions of the policy and any endorsements. If you have questions regarding your policy, please contact your agent or company. Consumer assistance is available from the Department of Financial Services, Division of Consumer Services' Helpline at (800) 342-2762 or www.fldfs.com.

This form was adopted by the Florida Financial Services Commission.

| Dwelling Structure Coverage (Place of Residence) | |
| --- | --- |
| Limit of Insurance: $1,023,000 | Loss Settlement Basis: Extended replacement cost |
| **Other Structures Coverage (Detached from Dwelling)** | |
| Limit of Insurance: $64,900 | Loss Settlement Basis: Extended replacement cost |
| **Personal Property Coverage (Contents)** | |
| Limit of Insurance: $255,900 | Loss Settlement Basis: Replacement cost |
| **Deductibles** | |
| Annual Hurricane: 5% | All Perils (Other Than Hurricane): $5,000 |

© Chubb. 2016. All rights reserved.    Form no.  Q6409100

*Reference Copy*

## Checklist of Coverage (continued)

The above Limit of Insurance, Deductibles, and Loss Settlement Basis apply to the following perils insured against: (Items below marked **Y (YES)** indicate coverage IS included, those marked **N (NO)** indicate coverage is NOT included.)

| | Perils |
|---|---|
| Y | Fire or Lightning |
| Y | Hurricane |
| N | Flood (including storm surge) |
| Y | Windstorm or Hail (other than Hurricane) |
| Y | Explosion |
| Y | Riot or Civil Commotion |
| Y | Aircraft |
| Y | Vehicles |
| Y | Smoke |
| Y | Vandalism or Malicious Mischief |
| Y | Theft |
| Y | Falling Objects |
| Y | Weight of Ice, Snow or Sleet |
| Y | Accidental Discharge or Overflow of Water or Steam |
| Y | Sudden and Accidental Tearing Apart, Cracking, Burning or Bulging |
| Y | Freezing |
| Y | Sudden and Accidental Damage from Artificially Generated Electrical Current |
| Y | Volcanic Eruption |
| Y | Sinkhole Loss for Covered Property |
| Y | Collapse |
| Y | Any Other Peril Not Specifically Excluded (dwelling and other structures only) |

**Special limits and loss settlement exceptions may apply to certain items. Refer to your policy for details.**

| Loss of Use Coverage (Additional Living Expenses) | | | |
|---|---|---|---|
| | Coverage | Limit of Insurance | Time Limit |
| | (Items below marked Y (YES) indicate coverage IS included, those marked N (NO) indicate coverage is NOT included.) | | |
| Y | Additional Living Expense        (% of house limit) | 30% | none |
| Y | Fair Rental Value        (% of house limit) | 30% | rental period |
| Y | Civil Authority Prohibits Use        (% of house limit) | 30% | 30 days |

**The limit of Insurance is the maximum amount we will pay for _all_ Additional Living Expenses combined.**

| Property - Additional/Other Coverages | | | |
|---|---|---|---|
| (Items below marked Y (YES) indicate coverage IS included, those marked N (NO) indicate coverage is NOT included.) | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limit. | |
| | | Included | Additional |
| Y | Debris Removal (% of house limit) | 30% | | YES |
| Y | Reasonable Repairs (Temporary) | up to house limit | YES | |
| Y | Property Removed (Endangered) | up to contents limit | Yes | |
| | Credit Card, Electronic Fund Transfer Card, or Access Device, Forgery and Counterfeit Money | (See Liability) | | |
| Y | Loss Assessment (Homeowner) | $50,000 | | YES |
| | Collapse | (See Perils) | | |
| Y | Glass or Safety Glazing Material | up to house limit | YES | |
| N | Landlord's Furnishings | | | |
| Y | Law and Ordinance (Rebuilding to Code); (% of house limit) | 50% | | YES |
| Y | Grave Markers or mausoleums | $5,000 | Yes | |
| Y | Mold/Fungi Remediation | $25,000 OCC/ $50,000 AGG | YES | |

© Chubb.2016.  All rights reserved.    Form no.  Q6409100

*Reference Copy*

**CHUBB**

## Checklist of Coverage (continued)

| Discounts | | Dollar($) Amount of Discount |
|---|---|---|
| (Items below marked Y (YES) indicate discount IS applied, those marked N (NO) indicate discount is NOT applied.) | | |
| | Multiple Policy | |
| Y | Fire Alarm/Smoke Alarm/Burglar Alarm | |
| N | Sprinkler | |
| Y | Windstorm Loss Reduction | $762 |
| N | Building Code Effectiveness Grading Schedule | |
| | Other | |

**Surcharges may offset these discounts.**

| Insurer May Insert Any Other Property Coverage Below | | |
|---|---|---|
| (Items below marked Y (YES) indicate coverage IS included, those marked N (NO) indicate coverage is NOT included.) | Limit of Liability | Loss Settlement Basis: ie,: Replacement Cost, Actual Cash Value, Stated Value, etc. |
| | | |
| | | |
| | | |
| | | |

---

### Personal Liability Coverage

**Limit of Insurance: $300,000**

### Medical Payments to Others Coverage

**Limit of Insurance: $25,000**

---

| Liability - Additional/Other Coverages | | | |
|---|---|---|---|
| (Items below marked Y (YES) indicate coverage IS included, those marked N (NO) indicate coverage is NOT included.) | Limit of Insurance | Amount of insurance is an additional amount of coverage or is included within the policy limit. | |
| | | Included | Additional |
| Y | Claim Expenses (Defense Costs) | unlimited | | Yes |
| | First Aid Expenses | (See Medical Payments) | | |
| Y | Damage to Property of Others | $15,000 | | Yes |
| | Loss Assessment | (See Property) | | |
| Y | Credit Cards, Forgery and Counterfeiting | $10,000 | Yes | |

| Insurer May Insert Any Other Liability Coverage Below | Limit of Insurance |
|---|---|
| (Items below marked Y (YES) indicate coverage IS included, those marked N (NO) indicate coverage is NOT included.) | |
| | |
| | |
| | |
| | |

© Chubb.2016. All rights reserved.    Form no. Q6409100

*Reference Copy*



**Notice of Homeowner
Renewal Premium for Florida**

**CHUBB**®

**Name and address of Insured**

JAMES POPE
PO BOX 2348
JACKSONVILLE, FL 32203-2348

**Effective Date** 2/11/19
**Policy no.** 14480644-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 2/11/19 to 2/11/20

**If you have any questions, please contact**
HARDEN & ASSOCIATES, INC.
501 RIVERSIDE AVE. #1000
JACKSONVILLE, FL  32202
904.354.3785

### Notice of Florida Homeowner Renewal Premium

Florida law requires us to provide you with a notice of any premium increase due to:
- a rate increase approved by the Florida Office of Insurance Regulation; or
- a coverage change,
and to disclose any applicable amount of premium increase for each.

The premium was developed based on the risk characteristics of the expiring policy and may change if there are any changes to this policy.

| Property Covered | Amount of premium due to a rate change | Amount of premium due to other policy changes |
|---|---|---|
| HOUSE AT 7580 SAN JOSE BLVD JACKSONVILLE,  FL | $423.00- | $585.00 |

Please note that the premiums reflected in this notice only represent the premiums for your Florida coverages stated above and may only represent a portion of your total policy premium. You should refer to your Premium Summary for your premium totals by location.

If you have any questions or need assistance, please contact your insurance agent listed above.

Chubb is the marketing  name used to refer to subsidiaries  of Chubb Limited  providing  insurance  and related  services.  For a list of these subsidiaries,  please  visit our website  at www.chubb.com.  Insurance  provided  by U.S. based Chubb underwriting  companies.  All products  may not be available  in all states.  Coverage  is subject  to the language  of the policies as actually  issued.  Surplus  lines insurance  sold only through  licensed  surplus  lines producers.  Chubb Personal  Risk Services,  P.O. Box 1600, Whitehouse  Station,  NJ 08889-1600.

© Chubb.2016.  All rights reserved.    Form no.  Q6409090

*Reference Copy*



**Outline of Coverages
for Florida**

CHUBB

**Name and address of Insured**

JAMES POPE
PO BOX 2348
JACKSONVILLE, FL 32203-2348

**Effective Date**  2/11/19
**Policy no.**  14480644-01
**Issued by**  Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period**  2/11/19 to 2/11/20

**If you have any questions, please contact**
HARDEN & ASSOCIATES, INC.
501 RIVERSIDE AVE. #1000
JACKSONVILLE, FL  32202
904.354.3785

### IMPORTANT NOTICE

We are required by Florida Statutes to provide you with an outline of automobile and homeowners coverage. The following is not your actual insurance policy, but rather a brief description of your *Masterpiece* ®policy. You must read the terms, conditions and exclusions of your *Masterpiece* policy for the precise coverage afforded. Not all of the coverages outlined below may apply to you; direct your attention to the coverages you have purchased. This outline of coverage is for information purposes only. It is the express intent of ss.627.4143, Florida Statutes, that this outline shall not be construed to modify any of the provisions of the legal insurance contract that is the subject of this outline.

### Outline of Available Florida Automobile Coverages

If you have purchased automobile coverage for your vehicles garaged in Florida, your Coverage Summary lists the vehicles, coverages and deductibles you have purchased. Your Premium Summary and Vehicle Detail Premium Summary provide premium information including credits and/or surcharges which apply to you. Please refer to these documents for your specific coverages and premiums.

<u>Vehicle Liability Coverage:</u> This covers your legal liability for bodily injury to others (Bodily Injury Liability) or damage to their property (Property Damage Liability). Florida law requires you to have Property Damage Liability coverage. An amount of coverage for Vehicle Liability, if shown in your Coverage Summary, provides bodily injury and property damage coverage. Vehicle Liability Coverage also includes $10,000 of coverage for Medical payments. Options to increase medical payments are available. In addition, we automatically provide coverage for vehicles you rent while on vacation (for up to 90 days). The principal exclusions (items not covered by the policy) for this coverage are for: 1) motor vehicles owned by you or a family member furnished or available for the regular use of you or a family member which have not been specifically covered under the policy, 2) claims for injuries to any person sustained while occupying any motor vehicle having less than four wheels unless the vehicle is shown on your Coverage Summary or is covered under the Extra Coverage, Rental vehicle coverage, 3) intentional acts, and 4) non-permissive use.

© Chubb.2016.  All rights reserved.    Form no.  Q6409020

*Reference Copy*

<u>Uninsured Motorists Protection:</u> If purchased, this coverage pays for bodily injuries to you, family members and certain others, resulting from the negligence of others. It pays when the at-fault party has no liability insurance, or liability coverage with limits not adequate to pay for the damages incurred, or if injuries result from a hit-and-run vehicle. You may choose "stacked" or "non-stacked" coverage. The principal difference between these two forms is that the total amount of protection under the stacked form is the sum of the limits applicable to each vehicle insured, whereas under the non-stacked form the limit stated applies per accident regardless of how many vehicles you own or insure. The principal exclusions (items not covered by the policy) for this coverage are for: nonpermissive use and vehicles not included under the definition of "covered vehicle" in the policy.

<u>Vehicle Physical Damage Coverage:</u> If purchased, collision covers damage to your car resulting from overturning or impact with another object. Comprehensive provides coverage for physical loss to your car for perils not excluded. The principal exclusions to comprehensive and collision (items not covered by the policy) are: 1) intentional acts, 2) damage to electronic equipment, and 3) tapes and discs. In addition, if you have Vehicle Physical Damage Coverage, your policy contains other coverages that add or broaden coverage. The principal coverages are: 1) towing, 2) loss of use, 3) permanent electronic equipment, 4) air bags, 5) lock replacement, and 6) coverage for newly acquired vehicles.

<u>Nonrenewal and Cancellation Provisions:</u> You may cancel your vehicle coverage at any time after PIP and Vehicle Liability Coverage have been in effect for 60 days. When PIP and Vehicle Liability Coverage have been in effect for less than 60 days, you may cancel only if your covered vehicle is totally destroyed, you transfer ownership of your covered vehicle, or you purchase a vehicle policy that replaces this policy. This provision applies to both a new policy and a renewal. Under conditions where we cancel or refuse to renew your policy, we will notify you in writing. This notice will be mailed to you within the timeframes required by law and will include the reason(s) for cancellation or nonrenewal.

### Outline of Available Florida Homeowner Coverages

Homeowner policies are designed to provide coverage for the following: your house, condominium, cooperative or rental unit, other structures on your property that you own; your contents or personal belongings; loss of use of your house, condominium, cooperative, or rental unit and personal liability.

If you have purchased coverage for your residence(s) in Florida, your Coverage Summary lists your residences, coverages, limits and deductibles. Your Premium Summary and Rate Sheet provide premium information including credits and/or surcharges which apply to you. Please refer to these documents for your specific coverages and premiums.

The following is a brief description of each of the principal coverage features.

<u>Deluxe House Coverage:</u> If purchased, this coverage pays for all risk of physical loss to your house. In addition, your policy contains other coverages that add or broaden coverage. The principal coverages are: 1) other permanent structures, if an amount greater than zero is shown on your Coverage Summary, 2) additional living expenses, 3) land, 4) landscaping, 5) debris removal, 6) rebuilding to code, and 7) mold remediation expenses. The principal exclusions (items not covered by the policy) for this coverage are loss caused by: 1) earthquake, 2) earth movement, 3) water damage from flood and other surface water, 4) neglect, 5) pollution or contamination, 6) intentional acts, 7) faulty planning, construction, or maintenance, 8) fungi and mold, 9) sinkhole, and 10) war and nuclear hazards.

© Chubb.2016.  All rights reserved.    Form no.  Q6409020

*Reference Copy*

**CHUBB**

Deluxe Contents Coverage: If purchased, this coverage pays for all risk of physical loss to your personal property such as clothes and furniture. Certain special limits apply, such as $1,500 to money and $5,000 to jewelry. In addition, your policy contains coverages that add or broaden coverage such as business property coverage and electronic restoration. The principal exclusions (items not covered by the policy) are to property such as tenant property, some types of motorized land vehicles, breakage of fragile articles, or loss caused by: 1) water damage from flood and other surface water, 2) neglect, 3) pollution or contamination, 4) intentional acts, 5) faulty planning, construction, or maintenance, 6) fungi and mold, 7) sinkhole, and 8) war and nuclear hazards.

Standard Contents Coverage: If purchased, this coverage pays for physical loss to your personal property such as clothes and furniture, caused directly by a named peril. The principal perils covered are: 1) fire, 2) wind or hail (may be subject to a special hurricane deductible), 3) vandalism, and 4) theft. Refer to Deluxe Contents Coverage, described above, for special limits and additional coverages. The principal exclusions (items not covered by the policy) for this coverage are loss caused by: 1) earthquake, 2) earth movement, 3) water damage from flood and other surface water, 4) neglect, 5) pollution or contamination, 6) intentional acts, 7) fungi and mold, 8) sinkhole, and 9) war and nuclear hazards.

Fire Contents Coverage: If purchased, this coverage pays for physical loss to your personal property such as clothes and furniture, caused directly by a named peril. The principal perils covered are the same as described above for Standard Contents Coverage except that theft is not covered. Certain special limits apply, such as $1,500 to money. Refer to Standard Contents Coverage, described above, for additional coverages and principal exclusions.

Deluxe Condominium, Cooperative, or Renters Coverage: If purchased, this coverage pays for all risk of physical loss to your personal property such as clothes and furniture. Certain special limits apply, such as $1,500 to money and $5,000 to jewelry. In addition, your policy contains extra coverages such as: 1) additions and alterations, if an amount greater than zero is shown on your Coverage Summary, 2) unit assessments, 3) business property coverage, 4) additional living expenses, 5) electronic data restoration, 6) debris removal, 7) rebuilding to code, 8) mold remediation expenses, and 9) sinkhole loss. The principal exclusions (items not covered by the policy) for this coverage are to property such as tenant property, some types of motorized land vehicles, breakage of fragile articles, or loss caused by: 1) water damage from flood and other surface water, 2) neglect, 3) pollution or contamination, 4) intentional acts, 5) faulty planning, construction or maintenance, 6) fungi and mold, and 7) war and nuclear hazards.

Standard Condominium, Cooperative, or Renters Coverage: If purchased, this coverage pays for physical loss to your personal property such as clothes and furniture, caused directly by a named peril. The principal perils covered are: 1) fire, 2) wind or hail (may be subject to a special hurricane deductible), 3) vandalism, 4) theft, and 5) sinkhole loss. Refer to Deluxe Condominium Coverage, described above, for special limits and additional coverages. The principal exclusions (items not covered by the policy) for this coverage are loss caused by: 1) earthquake, 2) earth movement, other than sinkhole loss, 3) water damage from flood and other surface water, 4) neglect, 5) pollution or contamination, 6) intentional acts, 7) fungi and mold, and 8) war and nuclear hazards.

© Chubb. 2016.   All rights reserved.    Form no.   Q6409020

*Reference Copy*

**IMPORTANT: If you have any of the coverages described above for a residence in Florida, a special hurricane deductible applies to that residence. This special hurricane deductible is shown in your Coverage Summary. If you have any of the following coverages for a Florida residence, loss caused by wind or hail is NOT covered for that residence.**

> **Deluxe House Coverage Wind/Hail Excluded (WHE)**
> **Deluxe Contents Coverage Wind/Hail Excluded (WHE)**
> **Standard Contents Coverage Wind/Hail Excluded (WHE)**
> **Fire Contents Coverage Wind/Hail Excluded (WHE)**
> **Deluxe Condominium Coverage Wind/Hail Excluded (WHE)**
> **Standard Condominium Coverage Wind/Hail Excluded (WHE)**
> **Deluxe Cooperative Coverage Wind/Hail Excluded (WHE)**
> **Standard Cooperative Coverage Wind/Hail Excluded (WHE)**
> **Deluxe Renters Coverage Wind/Hail Excluded (WHE)**
> **Standard Renters Coverage Wind/Hail Excluded (WHE)**

<u>Personal Liability Coverage:</u> If purchased, this part of your policy provides you with coverage for damages you or a family member may be legally obligated to pay for personal injury or property damage to others, arising out of your residence or the personal activities of you and your family members away from the residence. In addition, your policy contains coverage that adds or broadens coverage such as: 1) medical payments to others, 2) credit cards, forgery, and counterfeiting, 3) rented or borrowed vehicles, and 4) fungi and mold. The principal exclusions (items not covered by this policy) for this coverage are for: 1) motorized land vehicles except those covered under rented or borrowed vehicles, 2) large watercraft, 3) some types of business pursuits, 4) intentional acts, 5) discrimination, 6) molestation, misconduct or abuse, 7) illness, 8) covered person's or dependent's personal injury, 9) liability for the acts of others, 10) entrustment, and 11) fungi and mold, other than as provided under the Extra Coverage, Fungi and mold.

<u>Nonrenewal and Cancellation Provisions:</u> You may cancel the policy at any time for any reason. Our rights to cancel or nonrenew your policy are limited to those conditions described in your policy. If we intend to cancel or refuse renewal of your policy, we must send you a notice telling the reasons for our action and give you advance notice of the cancellation or nonrenewal date.

www.chubb.com     email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

© Chubb 2016.  All rights reserved.     Form no.  Q6409020

*Reference Copy*



**Coverage Summary
Renewal**

**Name and address of Insured**

JAMES POPE
PO BOX 2348
JACKSONVILLE, FL 32203-2348

**Page** 1
**Effective date** 2/11/19
**Policy no.** 14480644-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 2/11/19 to 2/11/20

**If you have any questions, please contact**
HARDEN & ASSOCIATES, INC.
501 RIVERSIDE AVE. #1000
JACKSONVILLE, FL  32202
904.354.3785

This Coverage Summary is part of your policy. **PLEASE READ YOUR POLICY CAREFULLY, INCLUDING THIS COVERAGE SUMMARY, FOR A COMPLETE DESCRIPTION OF YOUR COVERAGES.**

The effective date of your policy shown above, begins at 12:01 a.m. standard time at the location of the property shown in this Coverage Summary.

---

## Homes and Contents

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

Your policy provides coverage against physical loss if your home or its contents are damaged, destroyed, or lost. The kinds of losses that are covered, and any special limits that apply, are explained in detail in the policy.

| Address | Dwelling | Contents |
|---|---|---|
| HOUSE AT 7580 SAN JOSE BLVD JACKSONVILLE, FL | $1,023,000 DELUXE COVERAGE | $255,900 STANDARD COVERAGE |
|  | EXTENDED REPLACEMENT COST | REPLACEMENT COST |

The base deductible for each occurrence is  $5,000. We will waive the base deductible for covered losses of more than $50,000 except for covered losses subject to any special deductibles. Special deductibles include the vacant house deductible, water backup deductible, wind or hail deductible, and earthquake deductible.

For Florida locations, special deductibles only include the vacant house deductible, hurricane deductible, and earthquake deductible.

© Chubb.2016.  All rights reserved.     Form no.  Q0802000

*Reference Copy*

*Coverage Summary*
*Renewal*

**Page** 2
**Effective date** 2/11/19
**Policy no.** 14480644-01
**Name** JAMES POPE

---

## Homes and Contents
(Continued)

**Renewal value adjustment factor for Florida residences**
The amounts of coverage for each residence located in Florida has been increased on this renewal policy to reflect current material and labor costs for residential construction and the costs to replace personal property. For houses, a factor of 5.5% was applied to the amount of coverage for your house and related coverages.

### Additional coverages or conditions

### Hurricane deductible
In lieu of the base deductible, for the calendar year a special **5% hurricane deductible** applies to your house, contents and extra coverages at
7580 SAN JOSE BLVD, JACKSONVILLE, FL
for each occurrence caused by, contributed to, made worse by, or in any way resulting from wind, wind gusts, hail, rain, tornadoes, or cyclones caused by or resulting from a hurricane. "Hurricane" means a storm declared by the National Hurricane Center of the National Weather Service which:
* begins with the issuance of the first public advisory of a Hurricane Watch or Warning by the National Hurricane Center for any part of the state of Florida;
* continues as long as hurricane conditions exist in any part of the state of Florida; and
* ends 72 hours after the National Hurricane Center discontinues the last Hurricane Watch or Warning for any part of the state of Florida.

The dollar amount of this special **hurricane deductible** is equal to **5%** of the amount of coverage for the house at this location as shown in the Coverage Summary at the time of a covered loss. Therefore, the dollar amount of the special **5% hurricane deductible** for this location is **$51,150.** This is the amount of the special hurricane deductible that applies to the first covered loss caused by or resulting from a single hurricane of a calendar year. For covered hurricane losses from the second and subsequent hurricanes occurring in the same calendar year, the dollar amount of the special hurricane deductible is reduced by all hurricane deductible amounts applied toward prior covered hurricane losses during the same calendar year.

If the dollar amount of the base deductible is greater than the dollar amount of the remaining special hurricane deductible, the base deductible applies in lieu of the remaining special hurricane deductible. This base deductible will not be waived for covered losses of more than $50,000 caused by or resulting from a hurricane.

If you have covered hurricane losses for this location in a calendar year under more than one policy issued by us or a direct or indirect subsidiary of the Chubb Corporation, your special hurricane deductible will be equal to the greatest dollar amount of any special hurricane deductible in any one of the policies for this location. Therefore, if the dollar amount of the special hurricane deductible on this policy is less than the dollar amount of the special hurricane deductible on a prior policy and you had a covered hurricane loss on a prior policy, this lesser special hurricane deductible will not apply to covered hurricane losses until the next calendar year.

© Chubb.2016.  All rights reserved.    Form no.  Q0802000

*Reference Copy*

*Coverage Summary*
*Renewal*



**Page** 3
**Effective date** 2/11/19
**Policy no.** 14480644-01
**Name** JAMES POPE

## Homes and Contents
(Continued)

**Mold remediation expenses**
You have $25,000 for each occurrence for mold remediation expenses for your residence at
7580 SAN JOSE BLVD, JACKSONVILLE, FL.
This amount of coverage does not increase the amount of coverage for your house, other permanent
structures or contents (if coverage is provided under this policy). The most we will pay for the sum of all mold
remediation expenses, regardless of the number of covered losses that occur during the policy period, is
$50,000.
**Important notice regarding mold remediation expenses**
To increase the amount of coverage for mold remediation expenses, you must contact your agent or broker
shown at the top of this Coverage Summary prior to the effective date of this renewal. The request will be
subject to underwriting acceptance. You may decrease the amount of coverage shown above at any time.

**Other permanent structures**
You have up to  $64,900 of Other permanent structures coverage for your residence at
7580 SAN JOSE BLVD, JACKSONVILLE, FL.

The first paragraph of **Extended replacement cost** payment basis in  Deluxe House  Coverage is deleted
and replaced with the following for this location: **Extended replacement cost.** If the payment basis is
extended replacement cost, and the loss is to your house, we will pay the reconstruction cost. If the
reconstruction cost of your house exceeds the amount of coverage for your house as shown in the Coverage
Summary, we will pay up to 50% more than this amount of coverage, if necessary, for the reconstruction
cost. If the reconstruction cost of other permanent structures exceeds the amount of coverage for other
permanent structures as shown in the Coverage Summary, we will pay up to 25% more than this amount of
coverage, if necessary, for the reconstruction cost.

© Chubb. 2016.  All rights  reserved.    Form no.  Q0802000

*Reference Copy*

*Coverage Summary*
*Renewal*

**Page** 4
**Effective date** 2/11/19
**Policy no.** 14480644-01
**Name** JAMES POPE

---

## Homes and Contents
(Continued)

**Florida required notice**
For Florida locations, the following notice is required by the state of Florida. Note that your policy includes coverage for Rebuilding to code (law and ordinance).

*LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.*

*FLOOD INSURANCE: YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE . YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOU MAY HAVE UNCOVERED LOSSES CAUSED BY FLOOD. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.*

© Chubb.2016. All rights reserved.    Form no.  Q0802000

*Reference Copy*

*Coverage Summary*
*Renewal*



**Page** 5
**Effective date** 2/11/19
**Policy no.** 14480644-01
**Name** JAMES POPE

---

## Homes and Contents
(Continued)

*FLORIDA SINKHOLE LOSS APPLICABLE TO HOUSES: "YOURPOLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE. OTHERWISE, YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES. YOU MAY PURCHASE ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM."*
*IF YOU HAVE PURCHASED COVERAGE FOR SINKHOLE LOSSES TO YOUR HOUSE, IT IS SHOWN BELOW.*

**Sinkhole loss**
You have coverage for sinkhole loss for your residence at
7580 SAN JOSE BLVD, JACKSONVILLE, FL.
The coverage provided is explained in detail in the Sinkhole Loss Coverage Update.

---

## Vehicle Physical Damage

Your policy provides you with coverage against physical loss if your vehicle is damaged or destroyed. The kinds of losses that are covered, and any special limits that apply, are explained in detail in the policy.

For information about how your vehicle premium was developed, refer to the Vehicle Detail Premium Summary.

© Chubb.2016.  All rights reserved.    Form no.  Q0802000

*Reference Copy*

## *Coverage Summary*
## *Renewal*

**Page** 6
**Effective date** 2/11/19
**Policy no.** 14480644-01
**Name** JAMES POPE

---

## *Vehicle Physical Damage*
(Continued)

| Type of Vehicle | Garaged in | Coverage | Deductible |
|---|---|---|---|
| VEHICLE 2012 FORD F-150 1FTFW1R63CFC69004 | JACKSONVILLE, FL | AUTO PREFERENCE® VEHICLE PHYSICAL DAMAGE COMPREHENSIVE COLLISION | $1,000 $1,000 |
| | | $40,986 AGREED VALUE | |
| VEHICLE 2016 FORD ESCAPE 1FMCU0GX2GUC06102 | JACKSONVILLE, FL | AUTO PREFERENCE® VEHICLE PHYSICAL DAMAGE COMPREHENSIVE COLLISION | $1,000 $1,000 |
| | | $19,737 AGREED VALUE | |
| VEHICLE 2002 FORD F-150 1FTRF18W22NB30789 | JACKSONVILLE, FL | AUTO PREFERENCE® VEHICLE PHYSICAL DAMAGE COMPREHENSIVE ONLY | $1,000 |
| | | $7,155 AGREED VALUE | |

## Additional coverages or conditions

**Road service coverage**
You have Road service coverage for your 2012 FORD F-150 , 1FTFW1R63CFC69004.

**Road service coverage**
You have Road service coverage for your 2002 FORD F-150 , 1FTRF18W22NB30789.

© Chubb.2016. All rights reserved.    Form no. Q0802000

*Reference Copy*

*Coverage Summary*
*Renewal*



**Page** 7
**Effective date** 2/11/19
**Policy no.** 14480644-01
**Name** JAMES POPE

---

## *Liability*
(Continued)

---

## *Liability*

Amount of liability coverage: **$300,000.**

This is the total amount of your liability coverage. It applies to all property for which you have liability coverage, as shown in the following chart. For vehicles where no liability appears there is no vehicle liability coverage.

Your liability coverage covers damages for which you are legally responsible. For each occurrence, we will pay up to the amount of your liability coverage, as explained in your policy.

However, when you have **excess** liability only, we will pay for a covered loss **only** after the loss exceeds the required primary underlying insurance shown in your policy. This applies whether you have other liability coverage provided under a separate policy with us or by another insurance company.

| **Home** | HOUSE AT<br>7580 SAN JOSE BLVD<br>JACKSONVILLE, FL | PERSONAL LIABILITY |
|---|---|---|
| | HOUSE AT<br>101 CREEK LANE<br>PALATKA, FL | PERSONAL LIABILITY |
| | HOUSE AT<br>103 CREEK LANE<br>PALATKA, FL | PERSONAL LIABILITY |

© Chubb. 2016.  All rights reserved.    Form no.  Q0802000

*Reference Copy*

*Coverage Summary*
*Renewal*

**Page** 8
**Effective date** 2/11/19
**Policy no.** 14480644-01
**Name** JAMES POPE

## Liability
(Continued)

## Liability
(Continued)

| | | |
|---|---|---|
| **Home** (Continued) | HOUSE AT 1745 SUGAR CAMP RD MARSHALL, NC | PERSONAL LIABILITY |
| **Vehicle** | VEHICLE 2012 FORD F-150 GARAGED IN JACKSONVILLE, FL 1FTFW1R63CFC69004 | VEHICLE LIABILITY, UM STACKED BI, PIP |
| | VEHICLE 2016 FORD ESCAPE GARAGED IN JACKSONVILLE, FL 1FMCU0GX2GUC06102 | VEHICLE LIABILITY, UM STACKED BI, PIP |
| | VEHICLE 2002 FORD F-150 GARAGED IN JACKSONVILLE, FL 1FTRF18W22NB30789 | VEHICLE LIABILITY, UM STACKED BI, PIP |

Whenever vehicles are shown, we have included the type of Uninsured or Underinsured (UM/UIM) coverage you have selected. For vehicles where no UM/UIM appears there is no UM/UIM coverage. The amount of UM/UIM, which appears in the Special Vehicle Coverages section, is determined by where the vehicle is garaged.

For information about how your vehicle premium was developed, refer to the Vehicle Detail Premium Summary.

## Special Vehicle Coverages

You have the following state specific coverages. For information about how your vehicle premium was developed, refer to the Vehicle Detail Premium Summary.

*Reference  Copy*

*Coverage Summary*
*Renewal*



**Page** 9
**Effective date** 2/11/19
**Policy no.** 14480644-01
**Name** JAMES POPE

## Special Vehicle Coverages
(Continued)

## Special Vehicle Coverages
(Continued)

### Uninsured Motorists Protection (UM) - Florida

This coverage applies when you are entitled to collect damages for an accident but cannot because the other driver does not have adequate insurance to cover the loss. Your specific insurance protection is described in your policy.

Your protection for registered vehicles garaged in Florida is:

**$300,000** UM coverage applies for bodily injury for each occurrence.

The payment basis for UM is stacked.

Refer to Vehicles in the Liability section for the type of UM/UIM coverage.

### Personal Injury Protection (PIP) - Florida

Your Personal injury protection coverage protects you, your family members and passengers if any of you are injured in a motor vehicle accident. Following are the coverage limits you chose for your registered vehicles garaged in Florida excluding motorcycles.

| Medical expenses | Work loss | Replacement services expenses | Total aggregate limit | Death benefit |
|---|---|---|---|---|
| 100% | 80% | 100% | $100,000 | $5,000 per person |

The coverage limit for Medical expenses is subject to the schedule of maximum charges for services, supplies and care in the **Medical Fee Schedule** shown in your policy. The total aggregate limit is the most you can be paid for medical expenses and replacement services combined.

The limits shown are a combination of your Extended and Additional Personal injury protection limits, as explained in your policy.

Your Personal injury protection coverage is subject to a $0 deductible which applies to the named insured and dependent family members. The Death benefit is not subject to a deductible.

© Chubb.2016.  All rights reserved.    Form no.  Q0802000

*Reference Copy*

*Coverage Summary*
*Renewal*

**Page** 10
**Effective date** 2/11/19
**Policy no.** 14480644-01
**Name** JAMES POPE

## *Special Vehicle Coverages*
(Continued)

## *Special Vehicle Coverages*
(Continued)

For Personal injury protection coverage, the named insured may elect a deductible and to exclude coverage for loss of gross income and loss of earning capacity ("lost wages"). These elections apply to the named insured alone, or to the named insured and all dependent resident relatives. A premium reduction will result from these elections. The named insured is hereby advised not to elect the lost wage exclusion if the named insured or dependent resident relatives are employed, since lost wages will not be payable in the event of an accident.

As the duly authorized representative of the company my signature validates this policy.

Paul N. Morrissette
Authorized representative

© Chubb 2016. All rights reserved.    Form no. Q0802000

*Reference Copy*



**Florida Sinkhole Loss
Coverage Update**

CHUBB

| | |
|---|---|
| **Name and address of Insured** | **Page** 1 |
| | **Effective Date** 2/11/19 |
| JAMES POPE | **Policy no.** 14480644-01 |
| PO BOX 2348 | **Issued by** Federal Insurance Company |
| JACKSONVILLE, FL 32203-2348 | a stock insurance company |
| | incorporated in Indiana |
| | **Policy period** 2/11/19 to 2/11/20 |

**If you have any questions, please contact**
HARDEN & ASSOCIATES, INC.
501 RIVERSIDE AVE. #1000
JACKSONVILLE, FL  32202
904.354.3785

---

Under Florida  Deluxe House  Coverage, the following is added for the location shown in the Coverage
Summary that has coverage for Sinkhole loss:

**Sinkhole loss**
**House and other permanent structures.** We cover direct physical damage to your house caused by
sinkhole loss. We cover sinkhole loss to other buildings on the grounds of this house only if an amount of
coverage greater than zero is shown in your Coverage Summary for Other permanent structures.
We also cover the costs to:
• stabilize the land under and around the damaged covered building;
• stabilize the damaged covered building; and
• repair the foundation of the damaged covered building,
caused by sinkhole loss in accordance with the recommendations of a professional engineer approved by us
and in consultation with you.

For each occurrence caused by sinkhole loss, if the covered loss is to the house, we will pay up to the
amount of coverage for the house at which the loss occurs; if the covered loss is to an other permanent
structure, we will pay up to the amount of coverage for other permanent structures. However, if the repair of
the covered loss has begun and the professional engineer determines that the repair costs will exceed the
amount of coverage for your house or other permanent structure, our payment will be the lesser of:
• the amount to complete the repairs as recommended by the professional engineer; or
• the amount of coverage for your house or other permanent structures, without reduction for the repair costs
   already incurred.
The amount of coverage for the damaged covered building will not be increased due to the application of
extended replacement cost payment basis.

We may limit our payment for an occurrence to the actual cash value of the sinkhole loss, which does not
include underpinning or grouting or any other repair technique performed below the existing foundation of the
building, until you enter into a contract for the performance of building stabilization or foundation repairs
recommended by a professional engineer approved by us within 90 days after we notify you that you have
coverage for your claim of sinkhole loss. This time period is tolled if either party invokes the neutral
evaluation process, and begins again 10 days after the conclusion of the neutral evaluation process.

© Copyright  2003 by Chubb & Son Inc.  Form no.  Q0801600    12/08/14

*Reference  Copy*

*Florida Sinkhole Loss Coverage Update*

**Page** 2
**Effective date** 2/11/19
**Policy no.** 14480644-01
**Name** JAMES POPE

The stabilization and all other repairs to the structure and contents must be completed within 12 months after entering into the contract for repairs unless:
• there is a mutual agreement between you and us;
• your claim is involved with the neutral evaluation process;
• your claim is in litigation; or
• your claim is under appraisal or mediation.

We will not make any additional payment for sinkhole loss under the Extra Coverage, Land.

A covered loss will not be paid under both Catastrophic ground cover collapse and Sinkhole loss.

**Contents.** If an amount of coverage for contents is shown in the Coverage Summary for the house with coverage for Sinkhole loss, this coverage applies to loss of contents in the covered building if there is structural damage to the covered building, including the foundation, caused by sinkhole loss.

For each occurrence caused by sinkhole loss we will pay up to the amount of coverage for contents at this location at which the loss occurs.

**Definitions.** The following are defined terms for Sinkhole loss.

"Sinkhole loss" means structural damage to the covered building, including the foundation, caused by sinkhole activity.

"Sinkhole activity" means settlement or systematic weakening of the earth supporting the covered building only if the settlement or systematic weakening results from contemporaneous movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation.

"Sinkhole" means a landform created by subsidence of soil, sediment, or rock as underlying strata are dissolved by ground water. A sinkhole forms by collapse into subterranean voids created by dissolution of limestone or dolostone or by subsidence as these strata are dissolved.

"Structural damage" means a covered building, regardless of the date of its construction, has experienced the following:
• interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represents a safety hazard as defined within the Florida Building Code;
• foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the primary structural members or primary structural systems that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those primary structural members or primary structural systems exceeds one and one-third the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

© Copyright 2003 by Chubb & Son Inc.   Form no. Q0801600    12/08/14
*Reference Copy*

*Florida Sinkhole Loss Coverage Update*



**Page** 3
**Effective date** 2/11/19
**Policy no.** 14480644-01
**Name** JAMES POPE

- damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;
- damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or
- damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building Code.

"Primary structural member" means a structural element designed to provide support and stability for the vertical or lateral loads of the overall structure.

"Primary structural system" means an assemblage of primary structural members.

"Professional engineer" means a person who has a bachelor's degree or higher in engineering. A professional engineer must also have experience and expertise in the identification of sinkhole activity as well as other potential causes of structural damage.

"Professional geologist" means a person who has a bachelor's degree or higher in geology or related earth science and experience and expertise in the identification of sinkhole activity as well as other potential geologic causes of structural damage.

**Conditions**
The following conditions are applicable to Sinkhole Loss Coverage and are in addition to the General Conditions, Property Conditions, and Special Conditions described under Policy Terms.

**Your duties after a loss.** At your own expense, you must file with your county clerk a copy of any sinkhole report regarding your covered property which was prepared on your behalf or at your request.

**Notice of claim for sinkhole loss.** Notice of any claim, including, but not limited to, initial, supplemental, and reopened claims under this coverage for sinkhole loss must be given to us within 2 years after you knew or reasonably should have known about the sinkhole loss.

**Rebate prohibited.** You may not accept a rebate from any person performing sinkhole loss repairs. If you receive a rebate, coverage is void and you must refund the amount of the rebate to us. Any person making sinkhole loss repairs who offers a rebate commits insurance fraud punishable as a third degree felony. "Rebate" means any remuneration, payment, gift, discount, or transfer of any item of value to you by or on behalf of a person performing the repairs as an incentive or inducement to obtain repairs performed by that person.

**You may request a neutral evaluation.** If we have denied your sinkhole claim, and you believe the loss to your covered property was caused by sinkhole activity, you may request information regarding the neutral evaluation program for disputed sinkhole claims. We will provide you with a consumer information pamphlet about the neutral evaluation program prepared by the state of Florida. We may also make a request to participate in the neutral evaluation program.

© Copyright 2003 by Chubb & Son Inc.  Form no.  Q0801600    12/08/14

*Reference Copy*

*Florida Sinkhole Loss Coverage Update*

**Page** 4
**Effective date** 2/11/19
**Policy no.** 14480644-01
**Name** JAMES POPE

Your request for neutral evaluation tolls the time in which you may file suit against us for a period of 60 days following the conclusion of the neutral evaluation process or five years, whichever is greater. The neutral evaluation process is in lieu of the appraisal process described in Policy Terms under Special Conditions.

**If we deny your claim without prior sinkhole testing.** If we have denied your sinkhole claim without performing testing to determine a sinkhole loss by a professional engineer or professional geologist, you may demand, in writing, that we test for sinkhole loss within 60 days after your receipt of our denial of your claim. You must pay 50% of the actual costs of the analyses and services or $2,500, whichever is less. If the professional engineer or professional geologist provides written certification that there was a sinkhole loss, we will reimburse you for your testing costs.

If we receive written certification that there is no sinkhole loss or that the cause of the damage was not sinkhole activity, and you submitted the sinkhole claim without good faith grounds for submitting such claim, you shall reimburse us for 50 percent of the actual costs of the analyses and services provided. However, you are not required to reimburse us more than $2,500 with respect to any claim. You are required to pay reimbursement only if you requested the analysis and services, and we:
• informed you in writing of your potential liability for reimbursement; and
• gave you the opportunity to withdraw your sinkhole claim,
before ordering sinkhole analysis.

As the duly authorized representative of the company my signature validates this policy.

_____
Paul N. Morrissette
Authorized representative

© Copyright  2003 by Chubb & Son Inc.   Form no.  Q0801600     12/08/14

*Reference Copy*



**Additional Interests
Summary**

**Name and address of Insured**

JAMES POPE
PO BOX 2348
JACKSONVILLE, FL 32203-2348

**Page** 1
**Effective date** 2/11/19
**Policy no.** 14480644-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 2/11/19 to 2/11/20

**If you have any questions, please contact**
HARDEN & ASSOCIATES, INC.
501 RIVERSIDE AVE. #1000
JACKSONVILLE, FL  32202
904.354.3785

This summary lists the Additional Interests you have requested to be shown on your policy. We notify each Additional Interest separately. Regardless of the number of Additional Interests shown on your policy, the amount of coverage for any one occurrence does not increase.

## *Mortgagee*

This section shows the Mortgagee(s) for your home(s) shown below.

| Address | Mortgagee |
|---|---|
| HOUSE AT<br>7580 SAN JOSE BLVD<br>JACKSONVILLE, FL | QUICKEN LOANS, INC<br>ISAOA<br>PO BOX 202070<br>FLORENCE, SC  29502<br><br>Loan Number 3317008045 |

## *Loss Payee*

This section shows the Loss Payee(s) for your vehicle(s) shown below.

| Vehicles | Loss Payee |
|---|---|
| 2016 FORD  ESCAPE<br>1FMCU0GX2GUC06102 | COMMUNITY FIRST CREDIT<br>UNION<br>PO BOX 924420<br>FORT WORTH, TX 76124<br><br>Loan Number 34252561 |

© Chubb.2016.  All rights reserved.    Form no.  Q6010000

*Reference Copy*



**Rate Sheet**

**Name and address of Insured**

JAMES POPE
PO BOX 2348
JACKSONVILLE, FL 32203-2348

**Page** 1
**Effective Date** 2/11/19
**Policy no.** 14480644-01
**Issued by** Federal Insurance Company
**Inception date** 2/11/19
**Subproducer number** 999

## Home and Contents

|  |  | Location no.1 | Location no.2 | Location no.3 |
|---|---|---|---|---|
| **Basic Premium** | Coverage | DELUXE HOUSE $1,023,000 |  |  |
|  |  | STANDARD CONTENTS $255,900 |  |  |
|  |  | PERSONAL LIABILITY $300,000 | PERSONAL LIABILITY $300,000 | PERSONAL LIABILITY $300,000 |
|  | Deductible | $5,000 5% HURR |  |  |
|  | Territory | 004 |  |  |
|  | Total additions and alterations coverage | $0 | $0 | $0 |
|  | Contents adjustment |  |  |  |
|  | Total other structures coverage | $64,900 -$42 | $0 | $0 |
|  | Burglar alarm | YES |  |  |
|  | Fire station within 5 miles | YES |  |  |
|  | Fire hydrant 1000 feet | YES |  |  |
|  | Fire alarm | YES |  |  |
|  | ACV credit | 0% | 0% | 0% |
|  | Residential sprinkler system credit | 0% |  |  |
|  | Fire resistive credit | 0% | 0% | 0% |
|  | Suburban rating credit |  |  |  |
|  | Unprotected discount |  |  |  |
|  | Mold remediation surcharge | 0% | 0% | 0% |
|  | Water backup exclusion credit | 0% |  |  |

*Reference Copy*

*Rate Sheet*

**Page** 2
**Effective Date** 2/11/19
**Policy no.** 14480644-01
**Name** JAMES POPE

## Home and Contents
(Continued)

|  |  | Location no.1 | Location no.2 | Location no.3 |
|---|---|---|---|---|
|  | Condominium/Cooperative Preference credit | 0% | 0% | 0% |
|  | GreenWise ® upgrade coverage surcharge |  |  |  |
|  | Sinkhole collapse surcharge |  |  |  |
|  | **Basic premium** | **$5531** | **$0** | **$0** |
| **Percent adjustments** | Windstorm loss reduction credit | -20.0% | 0% | 0% |
|  | Portfolio discount - home with auto | -10.0% | 0% | 0% |
|  | Claims surcharge | +16.8% | 0% | 0% |
|  | **Net percent adjustment** | **-13.6%** | **0.0%** | **0.0%** |
|  | **Adjusted basic premium** | **$4781** | **$0** | **$0** |
|  | Sinkhole premium | **+$28** |  |  |

**For a Florida location the individual credits under percent adjustments do not apply to the total basic premium.

| **Dollar adjustments** | Liability surcharge | +$93 | +$31 | +$31 |
|---|---|---|---|---|
|  | Mold remediation surcharge | +$75 | $0 | $0 |
|  | **Net dollar adjustment** | **+$168** | **+$31** | **+$31** |
|  | **Adjusted premium** | **$4949** | **$31** | **$31** |
| **Hurricane premium disclosure** | Total premium allocated to hurricane coverage | +$2930 |  |  |
| **State assessment** |  | **+$2.00** | **$.00** | **$.00** |
| **Home and contents premium** |  | **+$4951.00** | **+$31.00** | **+$31.00** |

For Florida there is a maximum credit applicable for Windstorm loss reduction and Building code effectiveness grading.

© Chubb.2016. All rights reserved.     Form no. Q1600000     (R/W-NL)

*Reference Copy*



**Table of Contents**

**Name and address of insured**

JAMES POPE
PO BOX 2348
JACKSONVILLE, FL  32203-2348

**Effective date**  2/11/19
**Policy no.**  14480644-01
**Issued by**  Federal Insurance Company
a stock insurance company
incorporated in  Indiana
**Policy period**  2/11/19  to  2/11/20

**If you have any questions, please contact**
HARDEN & ASSOCIATES, INC.
501 RIVERSIDE AVE. #1000
JACKSONVILLE, FL   32202
904.354.3785

This table of contents lists your policy provisions. Please attach this table of contents to your policy so you have a current list of your coverages at all times.

## Contents

| Chapter | Edition Date | State | Page |
|---|---|---|---|
| Introduction | | | A-1 |
| Deluxe House Coverage | 12/14 | FLA | B-1 |
| Standard Contents Coverage | 12/14 | FLA | D-1 |
| Auto Preference® Vehicle Physical Damage Coverage | 03/14 | FLA | O-1 |
| Uninsured Motorists Protection | 03/14 | FLA | P-1 |
| Personal Liability Coverage | 09/10 | FLA | T-1 |
| Auto Preference® Vehicle Liability Coverage | 03/14 | FLA | U-1 |
| Personal Injury Protection Coverage | 03/14 | FLA | X-1 |
| Policy Terms | 01/13 | FLA | Y-1 |
| Policy Information Notice | 04/03 | FLA | |

Reference Copy



**Introduction**



This is your Chubb Masterpiece Policy. Together with your Coverage Summary, it explains your coverages and other conditions of your insurance in detail.

This policy is a contract between you and us. **READ YOUR POLICY CAREFULLY** and keep it in a safe place.

## Agreement

We agree to provide the insurance described in this policy in return for your premium and compliance with the policy conditions.

## Definitions

In this policy, we use words in their plain English meaning. Words with special meanings are defined in the part of the policy where they are used. The few defined terms used throughout the policy are defined here:

**You** means the person named in the Coverage Summary, and a spouse who lives with that person.

**We** and **us** mean the insurance company named in the Coverage Summary.

**Family member** means your relative who lives with you, or any other person under 25 in your care or your relative's care who lives with you.

**Policy** means your entire Masterpiece Policy, including the Coverage Summary and any Mortgagee's Coverage Summary.

**Coverage Summary** means the most recent Coverage Summary we issued to you, including any subsequent Coverage Updates.

**Occurrence** means a loss or accident to which this insurance applies occurring within the policy period. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

**Business** means any employment, trade, occupation, profession, or farm operation including the raising or care of animals.

Introduction        *Page A-1*

© Copyright  1985 by Chubb  & Son Inc. Form  no. 0200000  5/85

*Reference Copy*



**Policy Information Notice**

You have the right to review and correct or amend information we have. If you want to know more about this and how information may be disclosed without your prior authorization, please write to:

Chubb Personal Insurance
Attention: Policy Information
202 Halls Mill Road
P.O. Box 1600
Whitehouse Station, N.J. 08889-1600

Please include your policy number, policy period and the name and address of your agent or broker.

If you need to report a claim and have been unable to contact your agent, broker or local Chubb Office, you can call this telephone number for further assistance:

1-800-252-4670