UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIJELA POPE,

    Plaintiff,

v.

    Case No. 3:23-cv-571-TJC-JBT

FEDERAL INSURANCE COMPANY, a
Foreign Profit Corporation,

    Defendant.

## **O R D E R**

Upon review of the Joint Stipulation of Dismissal with Prejudice (Doc. 19), filed on April 29, 2024, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 2nd day of May, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record